UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Certa Dose, Inc. | CASE NO: 21-11045<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 6/9/2021, I did cause a copy of the following documents, described below,

Case Conference Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/9/2021

/s/ Norma E. Ortiz
Norma E. Ortiz  2206530

Ortiz & Ortiz, LLP
35-10 Broadway Ste. 202
Astoria, NY  11106
718 522 1117

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Certa Dose, Inc. | CASE NO: 21-11045<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 6/9/2021, a copy of the following documents, described below,

Case Conference Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/9/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Norma E. Ortiz
Ortiz & Ortiz, LLP
35-10 Broadway Ste. 202
Astoria, NY  11106

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ALAN C. FRIEDBERG<br>BERG HILL GREENLEAF RUSCITTI LLP<br>1712 PEARL STREET<br>BOULDER CO 80302 | ALAN YOUNG SYNN<br>1302 S. UINTA CT. DENVER<br>DENVER CO 80231 | ANTHONY R. MAYER<br>210 UNIVERSITY BLVD. SUITE 650<br>DENVER CO 80206 |
| BRIAN HARRINGTON<br>769 SANDHILL CIR.<br>STEAMBOAT SPRINGS CO 80487 | CALEB HERNANDEZ<br>PO BOX 838<br>DENVER CO 80201 | CHASE CARDMEMBER SERVICE<br>PO BOX 6294<br>CAROL STREAM IL 60197 |
| CLARUS R D<br>1233 DUBLIN RD<br>COLUMBUS OH 43215 | COOLEY LLP<br>101 CALIFORNIA STREET 5TH FLOOR<br>SAN FRANCISCO CA 94111 | COPIC INSURANCE COMPANY<br>7351 E LOWRY BLVD #400<br>DENVER CO 80230 |
| DAN HOFFMAN<br>T. DAMIEN ZUMBRENNEN<br>PO BOX 271134<br>LOUISVILLE CO 80027 | DAVIS HURLEY<br>7441 E 8TH AVE DENVER<br>DENVER CO 80230 | DEPARTMENT OF REVENUE<br>TAXATION DIVISION<br>P.O. BOX 17087<br>DENVER CO 80217 |
| FORTIS LAW PARTNERS<br>CERTA DOSE INC<br>1900 WAZEE STREET STE. 300<br>DENVER CO 80202 | FORTIS LOW PARTNERS<br>1900 WAZEE STREET SUITE 300<br>DENVER CO 80202 | FREDERICK J. BAUMANN<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>1200 17TH STREET SUITE 3000<br>DENVER CO 80202 |
| GERALDINE LEWIS-JENKINS<br>139 HARRISON ST DENVER<br>DENVER CO 80206 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>CENTRALIZED INSOLVENCY AGENCY<br>PHILADELPIA PA 19101-7346 | KEVIN M. SHEA<br>RICHILANO SHEA LLC<br>1800 15TH STREET SUITE 101<br>DENVER CO 80202 |
| LFD III GRAT U/A 8.26.15<br>1130 S. FRANKLIN STREET<br>DENVER CO 80210 | INTERNATIONAL<br>LIU SHEN & ASSOCIATES<br>10TH FLOOR BUILDING 1<br>10 CAIHEFANG ROAD<br>HAIDIAN DISTRICT CHINA | MARSHALL DENNEHEY<br>2000 MARKET STREET SUITE 2300<br>PHILADELPHIA PA 19103 |
| MATTHEW FLEISHMAN<br>260 MONROE ST DENVER<br>DENVER CO 80206 | MATTHEW R. GROVES<br>GROVES LAW LLC<br>281 SOUTH PEARL STREET<br>DENVER CO 80209 | MCKESSON<br>9954 MAYLAND DRIVE<br>RICHMOND VA 23228 |
| NEUGEBOREN O DOWD PC<br>1227 SPRUCE STREET SUITE 200<br>BOULDER CO 80302 | NEW YORK GENOME CENTER<br>101 6TH AVE<br>NEW YORK NY 10013 | NILES COLE<br>703 S HUDSON ST DENVER<br>DENVER CO 80246 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| NYS DEPT OF TAX AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | PACIFIC WESTERN BANK<br>SBA PPP LOAN<br>9701 WILSHIRE BLVD. #700<br>BEVERLY HILLS CA 90212 | PACIFIC WESTERN BANK<br>PO BOX 6818<br>CAROL STREAM IL 60197 |
| PHOEBE FISHER<br>490 APPLE GROVE RD.<br>COATESVILLE PA 19320 | STEPHEN R. HOFFENBERG<br>48 BROOKHAVEN DRIVE<br>LITTLETON CO 80123 | INTERNATIONAL<br>STIPLASTICS HEALTHCARING<br>62 CHEMIN DES PLANTÉES<br>38160 SAINT-MARCELLIN<br>FRANCE |
| T. DAMIEN ZUMBRENNEN<br>PO BOX 271134<br>LOUISVILLE CO 80027 | THE LAW OFFICE OF JOSUE D. HERNANDEZ<br>CERTA DOSE INC<br>P.O. BOX 8383<br>DENVER CO 80201 | THEODORE CLARKE<br>25149 US HIGHWAY 40<br>GOLDEN CO 80401 |
| THOMAS S. COWAN<br>1001 MICHIGAN AVENUE<br>WILMETTE IL 60091 | TYLER M. NEMKOV<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>1200 17TH STREET SUITE 3000<br>DENVER CO 80202 | U.S. SMALL BUSINESS ADMINISTRATION<br>ATTN: DIANA MUKIIBI<br>10737 GATEWAY WEST #300<br>EL PASO TX 79935 |