ORTIZ & ORTIZ, L.L.P.                                    Hearing Date: June 17, 2021
35-10 Broadway, Ste. 202                                           Time: 10:00 a.m.
Astoria, New York  111060
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
*Proposed Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

CERTA DOSE, INC.                                        Case No. 21-11045-lgb


                                    Debtor.             Chapter 11
--------------------------------------------------------X

### SECOND AMENDED NOTICE OF COMMENCEMENT OF
### CHAPTER 11 CASE AND HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on May 30, 2021 (the "Petition Date"), Certa Dose Inc.

(the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United

States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtor is a debtor-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that after the Petition Date, the Debtor filed the

following first day motions and related pleadings (collectively, the "First Day Pleadings"):

– *Schedules Extension*.  Debtors' Motion for Entry of an Order Extending Time to

File Schedules of Assets and Liabilities, Statement of Financial Affairs, and

related documents;

–    *Motion for the Interim Use of Cash Collateral*;

       –      *Motion to Permit the Debtor to Utilize its pre-petition cash management system and permit the use of its business forms*

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") to consider the First Day Pleadings will be held virtually via Zoom for Government before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Court") on **June 17, 2021 at 10:00 a.m. (ET)**. The Debtor will file an agenda in advance of the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that due to the COVID-19 pandemic and in accordance with the Bankruptcy Court's General Order M-543, dated March 20, 2020, the First Day Hearing will only be conducted virtually via Court Solutions.  Parties should not appear in person and those wishing to participate in the First Day Hearing must register with Court Solutions at www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that a copy of the First Day Pleadings and the Declaration of Caleb S. Hernandez (the "First Day Declaration"), may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.nysb.uscourts.gov.  Please further note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Parties-in-interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856.  Additionally, copies of the First Day Pleadings, the First Day Declaration and all other papers filed in the Chapter 11 Cases are

available free of charge from the undersigned through the email or telephone number listed

below.

Dated: Astoria, New York
        June 14, 2021

                                                         /s/Norma E. Ortiz
                                                        Norma E. Ortiz, Esq.
                                                        Ortiz & Ortiz, L.L.P.
                                                        35-10 Broadway, Ste. 202
                                                        Astoria, New York  11106
                                                        Tel. (718) 522-1117
                                                        Proposed Counsel to the Debtor