UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:


CERTA DOSE INC.,                                                            Case No. 21-11045-lgb

                                  Debtor(s)                         Chapter 11
---------------------------------------------------------------x

## DECLARATION OF SERVICE

      I, Norma E. Ortiz, being duly sworn, state as follows:

  1.  I am over 18 years of age and not a party to this case.

  2.  On June 15, 2021, a member of my staff and I served a copy of the following documents to the individuals and entities listed on the annexed service list by e-mail or overnight mail:

Second Amended Notice of Hearing
Amended Declaration Pursuant to Rule 1007-2 and in Support of First Day Motions
Motion for the Interim Use of Cash Collateral
Motion for the Extension of Time to Files Schedules of Assets and Liabilities
Motion to Permit Continued Use of Cash Management System


      I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Dated:  New York, New York
         June 15, 2021

                                                                         /s/Norma E. Ortiz
                                                                 Norma E. Ortiz
                                                                 Ortiz & Ortiz LLP
                                                                 35-10 Broadway, Ste. 410
                                                                 Astoria, New York  11106

Certa Dose Inc.
21-11045-lgb
Service List

| Creditor or Interested Party | Method of Service |
|---|---|
| COPIC Insurance Company<br>Chad S. Caby, Esq.<br>Lewis Roca<br>1200 Seventeeth Street, Ste. 3000<br>Denver, CO  80202 | Email to ccaby@lewisroca.com |
| Thomas S. Cowan<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| Anthony R. Mayer<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| LFD III GRAT U/A 8.26.15<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| Davis Hurley<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com<br>ehafer@grovesllc.com<br>Vanessa@grovesllc.com |
| Theodore Clarke<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com<br>ehafer@grovesllc.com<br>Vanessa@grovesllc.com |
| Matthew Fleishman<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com<br>ehafer@grovesllc.com<br>Vanessa@grovesllc.com |

| Creditor or Interested Party | Method of Service |
|---|---|
| Niles Cole<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com<br>    ehafer@grovesllc.com<br>    Vanessa@grovesllc.com |
| Pacific Western Bank<br>9701 Wilshire Blvd., #700<br>Beverly Hills, CA 90212 | Overnight Mail |
| Phoebe Fisher<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| Geraldine Lewis Jenkins<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com<br>    ehafer@grovesllc.com<br>    Vanessa@grovesllc.com |
| Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111 | Overnight Mail |
| Alan Young Synn<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com<br>    ehafer@grovesllc.com<br>    Vanessa@grovesllc.com |
| Stephen R. Hoffenberg<br>Kevin Shea, Esq.<br>Richilano & Shea<br>1800 Fifteenth Street, Ste. 101<br>Denver, CO 80802 | Email to shea@richilanoshea.com |
| Brian Harrington<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com<br>    ehafer@grovesllc.com<br>    Vanessa@grovesllc.com |

| Creditor or Interested Party | Method of Service |
|---|---|
| Fortis Law Partner<br>1900 Wazee Street, Ste. 300<br>Denver, CO 80202 | Email to JHerzog@fortislawpartners.com |
| Diana St. Louis, Esq.<br>District Counsel<br>U.S. Small Business Administration<br>New York District Office<br>26 Federal Plaza, Room 3100<br>New York, NY 10278 | Email to Diana.St.Louis@sba.gov |
| Paul Schwartberg, Esq.<br>Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Email to paul.schwartzberg@usdoj.gov |