**Fill in this information to identify the case:**

Debtor name    Certa Dose, Inc

United States Bankruptcy Court for the:   Southern District of New York

                                              (State)

Case number (If known):   21-11045

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* ...........................................................    $ _____ 0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ........................................................    $ 89,406,735.93

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ..........................................................    $ 89,406,735.93

**Part 2:**    **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................................    $ 77,150,000.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...........................................    $ 527.68

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................    +$ 5,978,824.75

4. **Total liabilities** ...........................................................................................................    $ 83,129,352.43
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ____Certa Dose, Inc_____

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): ____21-11045_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**    $ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Pacific Western Bank | Checking | 9  8  4  2 | $ 54,012.47 |
| 3.2. | See continuation sheet | | | $ 69,388.59 |

**4. Other cash equivalents** *(Identify all)*

4.1. _____    $_____

4.2. _____    $_____

**5. Total of Part 1**    $ 123,401.06

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____    $_____

7.2. _____    $_____

Debtor  Certa Dose, Inc _____  Case number *(if known)* 21-11045 _____
    Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Security deposit on lease _____ $ 8,200.00 _____

8.2. Prepaid materials and service to SMC Ltd for Midazolam _____ $ 60,028.00 _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      $ 68,228.00 _____

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

                                                   **Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:   85,012.00   –   0.00   = ........ →   $ 85,012.00 _____
                         face amount        doubtful or uncollectible accounts

11b. Over 90 days old:   0.00   –   0.00   = ........ →   $ 0.00 _____
                       face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 85,012.00 _____

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                      **Valuation method used for current value**      **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                  % of ownership:

15.1. _____   _____%   _____   $ _____

15.2. _____   _____%   _____   $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      $ _____

---

Debtor      Certa Dose, Inc
_____      Case number (*if known*) 21-11045
            Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Syringes and related products | 12/30/2020 <br> MM / DD / YYYY | $_____ | _____ | 224,459.40 <br> $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> Epinephrine convenience kit for Anaphylaxis, PALS s | 12/30/2020 <br> MM / DD / YYYY | $_____ | _____ | 336,182.13 <br> $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 560,641.53

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | | $_____ |

Debtor  Certa Dose, Inc
        Name

Case number (if known) 21-11045

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>5 laptops and a monitor | $ 3,500.00 | _____ | $ 0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Certa Dose, Inc
        _____
        Name

Case number *(if known)* 21-11045
_____

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Plant equipment (3 Nautilus label applicators) | $ 171,000.00 | _____ | $ 85,000.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    **$ 85,000.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Certa Dose, Inc
          Name                                              Case number (if known)    21-11045
                                                                                        21-11045

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Patents and licenses for medical devices | $ 970,219.13 | _____ | 970,219.13<br>$ |
| 61. **Internet domain names and websites**<br>domain and site for certadose.com | $_____ | | Unknown<br>$ |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Costumer list | | | Unknown<br>$ |
| 64. **Other intangibles, or intellectual property**<br>Trademarks | $_____ | | 62,580.21<br>$ |
| 65. **Goodwill**<br>Based upon 2019 valuation of $77 million to $160 million | $_____ | Independent Appraisal | 80,000,000.00<br>$ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 81,032,799.34 |
|---|

Debtor    Certa Dose, Inc
          _____
          Name

Case number *(if known)* 21-11045

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $ _____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Net tax credit from R&D          Tax year 2019   $ 74,000.00

Net Operating Loss               Tax year 2019   $ 7,377,654.00

_____          Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

See continuation sheet

$ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

$ _____

Nature of claim          _____

Amount requested          $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

$ _____

Nature of claim          _____

Amount requested          $ _____

76. **Trusts, equitable or future interests in property**

_____

$ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____

$ _____

_____

$ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 7,451,654.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  Certa Dose, Inc                                    Case number *(if known)* 21-11045
        Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 123,401.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 68,228.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 85,012.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 560,641.53 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 85,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 81,032,799.34 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 7,451,654.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 89,406,735.93 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................  $ 89,406,735.93                        $ 89,406,735.93

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 8

21-11045

| Debtor 1 | Certa Dose, Inc | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| Chase | Checking | 2336 |
|---|---|---|

Balance: 49,316.61

| Chase | Savings | 6211 |
|---|---|---|

Balance: 43.00

| Pacific Western Bank- Vb Business High Y ield MMA | Savings | 5032 |
|---|---|---|

Balance: 20,028.98

**73) Interests in insurance policies or annuities**

| Accord Workers Compensation Policy | 0.00 |
|---|---|

| Accord Automobile Liability – Hired Autos Only | 0.00 |
|---|---|

| Accord Products Liability Policy | 0.00 |
|---|---|

| Accord Commercial General Liability | 0.00 |
|---|---|

| Philadelphia Insurance Companies Directors and Officers Liability Insurance | 0.00 |
|---|---|

| Accord Umbrella Liability Insurance Policy | 0.00 |
|---|---|

**Fill in this information to identify the case:**

Debtor name     Certa Dose, Inc

United States Bankruptcy Court for the:    Southern District of New York

Case number (If known):    21-11045

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| Caleb Hernandez | Patents and licenses for medical devices |

Column A: $ 77,000,000.00
Column B: $ 970,219.13

Creditor's mailing address

784 Columbus Ave.
Apt. 7T, New York, NY 10025

**Describe the lien**
Agreement you made, And all assets owned

Creditor's email address, if known
Caleb@certadose.com

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Date debt was incurred    12/11/2020

Last 4 digits of account number

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| U.S. Small Business Administration | All assets owned and acquired by the Debtor |

Column A: $ 150,000.00
Column B: $ 82,029,081.93

Creditor's mailing address
Attn: Diana St. Louis
26 Federal Plaza, Room 3100, New York, N

**Describe the lien**
Agreement you made, EIDL Loan; Lien on a

Creditor's email address, if known
Diana.St.Louis@sba.gov

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number    7810

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 77,150,000.00

| Debtor | Certa Dose, Inc | Case number (if known) | 21-11045 |
| | Name | | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Certa Dose, Inc

United States Bankruptcy Court for the:   Southern District of New York

Case number   21-11045
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
Internal Revenue Service
PO Box 7346
Centralized Insolvency Agency
Philadelpia, PA, 19101-7346

**As of the petition filing date, the claim is:** $ 0.00     $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** | **Priority creditor's name and mailing address**
MASSACHUSETTS DEPARTMENT OF REVENUE
ATTN:BANKRUPTCY UNIT
PO BOX 9564
Boston, MA, 02114

**As of the petition filing date, the claim is:** $ 527.68     $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** | **Priority creditor's name and mailing address**
NYS Dept of Tax And Finance
Bankruptcy Section
PO Box 5300
Albany, NY, 12205-0300

**As of the petition filing date, the claim is:** $ 0.00     $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor _____Certa Dose, Inc._____  Case number (if known)____21-11045____
         Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Alan Young Synn
1302 S. Uinta Ct., Denver
Denver, CO, 80231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Disputed judgment

$ 93,035.68

Date or dates debt was incurred ___05/20/21___
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Anthony R. Mayer
210 University, Blvd., Suite 650
Denver, CO, 80206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Disputed judgment

$ 575,730.90

Date or dates debt was incurred ___05/20/21___
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Brian Harrington
769 Sandhill Cir.
Steamboat Springs, CO, 80487

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Disputed judgment

$ 31,004.98

Date or dates debt was incurred ___05/20/21___
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Chase CARDMEMBER SERVICE
PO BOX 6294
Carol Stream, IL, 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 37,708.00

Date or dates debt was incurred ___2020-2021___
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Clarus R+D
1233 Dublin Rd
Columbus, OH, 43215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Professional Services

$ 13,096.00

Date or dates debt was incurred ___2020___
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Cooley LLP
101 California Street, 5th floor
San Francisco, CA, 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Professional Fees

$ 144,000.00

Date or dates debt was incurred ___2019___
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.⁷ Nonpriority creditor's name and mailing address**

COPIC Insurance Company
7351 E Lowry Blvd #400
Denver, CO, 80230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 1,782,842.21

**Basis for the claim:** Disputed Judgment

**Date or dates debt was incurred** 05/20/21

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁸ Nonpriority creditor's name and mailing address**

Daniel Hoffman
T. Damien Zumbrennen
PO Box 271134
Louisville, CO, 80027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 19,649.00

**Basis for the claim:** Employee Claim - Former Officer

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.⁹ Nonpriority creditor's name and mailing address**

Davis Hurley
7441 E 8th Ave, Denver
Denver, CO, 80230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 533,630.92

**Basis for the claim:** Disputed judgment

**Date or dates debt was incurred** 05/20/21

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.¹⁰ Nonpriority creditor's name and mailing address**

Fortis Law Partners
1900 Wazee Street, Suite 300
Denver, CO, 80202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,000.00

**Basis for the claim:** Professional fees

**Date or dates debt was incurred** 2020-2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.¹¹ Nonpriority creditor's name and mailing address**

Geraldine Lewis-Jenkins
139 Harrison St, Denver
Denver, CO, 80206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 155,059.46

**Basis for the claim:** Disputed judgment

**Date or dates debt was incurred** 05/20/21

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Certa Dose, Inc._____    Case number (if known)___21-11045___
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

LFD III GRAT U/A 8.26.15
1130 S. Franklin Street
Denver, CO, 80210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Disputed Judgment

$ 575,580.22

**Date or dates debt was incurred**    05/20/21

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** | **Nonpriority creditor's name and mailing address**

Liu Shen & Associates
10th Floor, Building 1
10 Caihefang Road
Haidian District, China,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Fees

$ 2,073.00

**Date or dates debt was incurred**    2020-2021

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** | **Nonpriority creditor's name and mailing address**

Matthew Fleishman
260 Monroe St, Denver
Denver, CO, 80206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Disputed judgment

$ 264,497.58

**Date or dates debt was incurred**    05/20/21

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** | **Nonpriority creditor's name and mailing address**

McKesson
9954 Mayland Drive
Richmond, VA, 23228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 16,000.00

**Date or dates debt was incurred**    2020

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** | **Nonpriority creditor's name and mailing address**

Neugeboren O'Dowd PC
1227 Spruce Street, Suite 200
Boulder, CO, 80302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Fees

$ 13,474.00

**Date or dates debt was incurred**    2020-2021

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**  **Nonpriority creditor's name and mailing address**

Niles Cole
703 S Hudson St, Denver
Denver, CO, 80246

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 227,934.54

**Basis for the claim:** Disputed Judgment

**Date or dates debt was incurred**  05/20/21

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18**  **Nonpriority creditor's name and mailing address**

Pacific Western Bank
SBA PPP Loan
9701 Wilshire Blvd., #700
Beverly Hills, CA, 90212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 210,000.00

**Basis for the claim:** PPP Loan. Debtor expects loan to be forgiven.

**Date or dates debt was incurred**  2021

**Last 4 digits of account number**  8300

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19**  **Nonpriority creditor's name and mailing address**

Pacific Western Bank
PO BOX 6818
Carol Stream, IL, 60197

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,477.00

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred**  05/2021

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20**  **Nonpriority creditor's name and mailing address**

Phoebe Fisher
490 Apple Grove Rd.
Coatesville, PA, 19320

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 206,039.62

**Basis for the claim:** Disputed judgment

**Date or dates debt was incurred**  05/20/21

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21**  **Nonpriority creditor's name and mailing address**

Stephen R. Hoffenberg
48 Brookhaven Drive
Littleton, CO, 80123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 71,690.74

**Basis for the claim:** Disputed Judgment

**Date or dates debt was incurred**  05/20/21

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Celia Dose, Inc.
        _____
        Name

Case number *(if Known)* 21-11045

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 22  **Nonpriority creditor's name and mailing address**

Stiplastics Healthcaring
62 Chemin des Plantees
38160 Saint-Marcellin
France

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,730.00

Date or dates debt was incurred   2019

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23  **Nonpriority creditor's name and mailing address**

Theodore Clarke
25149 US Highway 40
Golden, CO, 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Disputed judgment

$ 292,148.72

Date or dates debt was incurred   05/20/21

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24  **Nonpriority creditor's name and mailing address**

Thomas S. Cowan
1001 Michigan Avenue
Wilmette, IL, 60091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Disputed judgment

$ 677,422.18

Date or dates debt was incurred   05/20/21

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 527.68 |
| 5b. **Total claims from Part 2** | 5b. + | $ 5,978,824.75 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,979,352.43 |

**Fill in this information to identify the case:**

Debtor name ___Certa Dose, Inc___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): ___21-11045___    Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Office space- WORKSTATION #378-P located at 101 Avenue of the Americas (Between Grand & Watts), New York, New | New York Genome Center 101 6th Ave New York, NY, 10013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Confidential executory contract. Party has been notified of bankruptcy filing. | Confidential |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Confidential executory contract. Party has been notified of bankruptcy filing. | Confidential |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Certa Dose, Inc___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): ___21-11045___

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _Certa Dose, Inc_

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): _21-11045_

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

### 1. Gross revenue from business

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other | $ 219,000.00 |
| **For prior year:** | From 01/01/2020 MM / DD / YYYY | to | 12/31/2020 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 630,000.00 |
| **For the year before that:** | From 01/01/2019 MM / DD / YYYY | to | 12/31/2019 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 1,029,228.00 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2021 MM / DD / YYYY | to | Filing date | | $ 0.00 |
| **For prior year:** | From 01/01/2020 MM / DD / YYYY | to | 12/31/2020 MM / DD / YYYY | | $ 0.00 |
| **For the year before that:** | From 01/01/2019 MM / DD / YYYY | to | 12/31/2019 MM / DD / YYYY | | $ 0.00 |

Debtor  Certa Dose, Inc _____  Case number *(if known)* 21-11045 _____
　　　　　Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Pacific Western Bank<br>Creditor's name<br>PO BOX 6818<br>Carol Stream, IL 60197 | 05/11/2021 | $ 7,109.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Credit Card Debt |
| 3.2. | Fortis Law Partners<br>Creditor's name<br>1900 Wazee Street, Suite 300<br>Denver, CO 80202 | 05/11/2021 | $ 25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Other |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name | | $ | |
| | Relationship to debtor | | | |
| 4.2. | Insider's name | | $ | |
| | Relationship to debtor | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Certa Dose, Inc
_____    Case number *(if known)* 21-11045
Name                                                                _____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | COPIC Insurance Company v. Caleb Hernandez and Certa Dose, Inc.<br><br>**Case number**<br>2021-0148 | Action against Caleb Hernandez and Debtor for, among other things,  alleged wrongful corporate acts asserted by former shareholder | Chancery Court of Delaware<br><br>500 N. King Street<br>Wilmington, DE 19801 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Certa Dose, Inc. and Caleb S. Hernandez v. Daniel Hoffman<br><br>**Case number** | Debtor asserts, among other thin | JAMS Arbitration<br><br>Denver, CO | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    Certa Dose, Inc
_____    Case number *(if known)* 21-11045
          Name                                                        _____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| As a result of the business shut-down that resulted from COVID-19, the Debtor was awarded a Payroll Protection Loan for the amount listed.  The loan was forgiven in May | 224,534.00 | 06/01/2020 | $224,435.00 |

| Debtor | Certa Dose, Inc | Case number (if known) | 21-11045 |
|---|---|---|---|
| | Name | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ortiz & Ortiz LLP | Wire transfer | 05/28/2021 | $ 20,000.00 |
| | **Address** | | | |
| | 35-10 Broadway<br>Ste. 201<br>Astoria, NY 11106 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Debtor    Certa Dose, Inc
_____    Case number *(if known)* 21-11045
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| | | | |
| 14.2. | | From _____ | To _____ |

| Debtor | Certa Dose, Inc | Case number (*if known*) 21-11045 |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor  Certa Dose, Inc _____  Case number *(if known)* 21-11045
Name

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| **Address** | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Sterling Corporation Name 263 Industrial Ave E Lowell, MA 01852 | Caleb Hernandez | Miscellaneous goods. Value unknown. | ☑ No ☐ Yes |
| **Address** 784 Columbus Ave Apt. 7T New York, NY 10025 | | | |

Debtor    Certa Dose, Inc _____    Case number *(if known)* 21-11045
    Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

Debtor  Certa Dose, Inc
_____  Case number (*if known*) 21-11045
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.2. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. | Name | | EIN: _____<br>**Dates business existed**<br>From _____  To _____ |

---

Debtor    Certa Dose, Inc _____    Case number *(if known)* 21-11045 _____
_____Name_____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Patricia Golkowski<br>_____Name_____<br>Patricia@certadose.com | From 01/02/2018<br>To 05/30/2021 |
| 26a.2. _____<br>_____Name_____ | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Patricia Golkowski<br>_____Name_____<br>patricia@certadose.com | From _____<br>To _____ |
| 26b.2. _____<br>_____Name_____ | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Patricia Golkowski<br>_____Name_____<br>patricia@certadose.com | |

Debtor    Certa Dose, Inc                        Case number *(if known)* 21-11045

Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   COPIC Insurance Company<br>Name<br>7351 E Lowry Blvd #400 Denver, CO 80230 |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor   Certa Dose, Inc
_____   Case number (*if known*) 21-11045
Name                                                                          _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Caleb Hernandez | 784 Columbus Ave. Apt. 7T, New York, NY 10025 | President | 63 |
| Chris Karageorge | , | Vice President of Sales | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Daniel Hoffman | T. Damien Zumbrennen PO Box 271134 Louisville, CO, 80027 | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Caleb Hernandez | 106,115.00 | _____ | Compensation paid within the last 12 months |
| Name | | | |
| 784 Columbus Ave. | | _____ | |
| Apt. 7T | | | |
| New York, NY 10025 | | _____ | |
| **Relationship to debtor** | | | |
| President and Majority Shareholder | | _____ | |

Debtor    Certa Dose, Inc
_____    Case number *(if known)* 21-11045
Name

| Name and address of recipient | 17,231.00 | _____ |
|---|---|---|
| 30.2 Daniel Hoffman | | _____ |
| Name | | |
| T. Damien Zumbrennen PO Box 271134 Louisville, CO, 80027 | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| TransAmerica | EIN: 04-6784256 |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/24/2021
            MM  / DD  / YYYY

✖ /s/ Caleb S. Hernandez            Printed name   Caleb S. Hernandez
_____            _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

| Debtor Name | Certa Dose, Inc | Case number (if known) | 21-11045 |

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Neugeboren O'Dowd PC, 1227 Spruce Street, Suite 200, Boulder, CO 80302 | $9,969.00 | Other |
| JA Kemp, LLP, 14 South Square, Gray's Inn London WC1R 5JJ, United Kingdom, | $8,804.00 | |
| Cardinal, 7000 Cardinal Place, Dublin, OH 43017 | $25,848.00 | |
| Greenlight Guru, 601 S Meridian St Suite 500, Indianapolis, IN 46225 | $9,782.00 | |
| Par Pharmaceutical, PO Box 840783, Dallas, TX 75284 | $30,055.00 | |
| SMC Ltd., 330 SMC Drive, Somerset, WI 54025 | $8,959.00 | |

**7) Legal Actions**

Certa Dose, Inc. v. John Blood

No.: 28686

Debtor asserts claims against a former officer for, among other things, breach of fiduciary duty and fraud.

JAMS Arbitration

Denver, CO

Pending

-------

COPIC INSURANCE COMPANY, a Colorado corporation; STEPHEN R. HOFFENBERG, M.D.; ALAN YOUNG SYNN, M.D.; DAVIS K. HURLEY, M.D.; BRIAN C. HARRINGTON, M.D.; NILES COLE; GERALDINE A. LEWIS-JENKINS; MATTHEW FLEISHMAN, M.D.; and THEODORE J. CLARKE, M.D., KATHERINE DRISCOLL, Trustee of the 2015 LFD III GRAT- TRUST U/A 8.26.15; PHOEBE FISHER, M.D.; THOMAS S. COWAN; and ANTHONY R. MAYER v. CERTA DOSE, INC., a Delaware corporation

2019CV34850

Claims by former shareholders for funds loaned under convertible notes for breach of contract and related claims

Denver County District Court

520 W Colfax Ave, Denver, CO 80204

| | |
|---|---|
| Debtor Name | Certa Dose, Inc |

Case number *(if known)*   21-11045

## Continuation Sheet for Official Form 207

Pending

-------

CERTA DOSE, INC. v. COPIC INSURANCE COMPANY, a Colorado corporation; STEVE
RUBIN; STEPHEN R. HOFFENBERG; ALAN YOUNG SYNN; DAVIS K. HURLEY; BRIAN C.
HARRINGTON; NILES COLE; GERALDINE A. LEWIS-JENKINS; MATTHEW FLEISHMAN;
THEODORE J. CLARKE; KATHERINE DRISCOLL, Trustee of the 2015 LFD III GRAT-TRUST
U/A 8.26.15; LEE F. DRISCOLL; PHOEBE FISHER; THOMAS S. COWAN; and ANTHONY R.
MAYER.

2021CV30160

Causes of Action include breach of fiduciary duty and breach of duty of good
faith by former shareholders and directors.

Jefferson County District Court

100 Jefferson County Pkwy, Golden, CO 80401

Pending

-------

CERTA DOSE, INC. and DANIEL HOFFMAN, Plaintiffs, v. COPIC INSURANCE COMPANY,
STEVE RUBIN, STEPHEN R HOFFENBERG, JOHN BLOOD, COOLEYLLP,ALAN YOUNG SYNN,
DAVIS K. HURLEY, BRIAN C. HARRINGTON, DANIEL LEE MILLER, NILES COLE, J. DANIEL
MILLER, JEFFREY ALVIN DORSEY, GERALDINE A LEWIS-JENKINS, MARK A FOOG, MATrnEW
FLEISHMAN, TI-IEODOREJ . CLARKE, MICHAEL L. PLA1T, KELLY BARJUNG, ADAM DINOW,
TIIOMAS S. COWAN, ANIBONY R MAYER, PHOEBE FISHER, LFD m GRAT-TRUSTU/AS-26-2015,
.KA1HERINE DRISCOLL, Trustee, and LEEF. DRISCOLL, Defendants.

2019CV34850

Breach of Fiduciary Duty and other causes of action. Case dismissed solely on
jurisdictional grounds.

N.Y.S. Supreme Court, Queens County

88-11 Sutphin Blvd, Jamaica, NY 11435

Concluded

-------

17) Pension Contributions

TransAmerica               04-6784256

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District of New York

**In re** Certa Dose, Inc

Case No. 21-11045

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $20,000.00_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $475.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)



d.  [Other provisions as needed]

pursuant to the terms of the firm's retainer agreement with the Debtor.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

pursuant to the terms of the retainer agreement with the Debtor.   Excluded services include, but are not limited to, the commencement and defense of adversary proceedings.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/24/2021

*Date*

/s/ Norma E. Ortiz, 2206530

*Signature of Attorney*

Ortiz & Ortiz, LLP

*Name of law firm*

35-10 Broadway
Ste 202
Astoria, NY 11106
7185221117
email@ortizandortiz.com

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/24/2021      ✖ /s/ Caleb S. Hernandez
       MM / DD / YYYY        Signature of individual signing on behalf of debtor

                       Caleb S. Hernandez
                       Printed name

                       President
                       Position or relationship to debtor

**United States Bankruptcy Court**

IN RE:                                                                Case No._____

Certa Dose, Inc

_____    Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Caleb Hernandez 784 Columbus Ave. Apt. 7T, New York, NY 10025 | 63 | President |
| Chris Karageorge , | | Other (Officer) |
| Eric Eisbrenner , | 0.6109945 | Preferred stockholder |
| Gregory T. Walker , | 1.2500759 | Common stockholder |
| Larry Miller , | 1.6509903 | Preferred stockholder |
| Daniel Miller , | 0.4527578 | Preferred stockholder |

**United States Bankruptcy Court**

IN RE:                                                          Case No. ____21-11045____

Certa Dose, Inc
_____ Chapter ____11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Daniel Lee Miller (Jr) , | 0.4101163 | Preferred stockholder |
| Eric B. Olsen-Emergency Physicians FBO , | 0.6112952 | Preferred stockholder |
| Andrew Glaser , | 1.1638908 | Preferred stockholder |
| Anthony G. Ingram Trust , | 0.8330431 | Preferred stockholder |
| Audrey Rogers and Rodney Rogers , | 1.5511527 | Preferred stockholder |
| David Friedenson , | 0.3723464 | Preferred stockholder |

**United States Bankruptcy Court**

IN RE:                                                      Case No. <u>21-11045</u>

Certa Dose, Inc
<u>                                                                        </u> Chapter <u>   11                    </u>

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Donald A. Miller , | 0.7821019 | Preferred stockholder |
| Erik Michael Allison , | 0.1558911 | Preferred stockholder |
| Jeffrey Alvin Dorsey , | 1.0710898 | Preferred stockholder |
| Mark A. Notash , | 1.2921160 | Preferred stockholder |
| Michael Fallon , | 5.2587390 | Preferred stockholder |
| Natasha L. Allison , | 0.1558911 | Preferred stockholder |

**United States Bankruptcy Court**

IN RE:                                                    Case No._21-11045_____

Certa Dose, Inc
_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Nils Albert , | 5.2903743 | Preferred stockholder |
| Pier DeSanctis , | 0.3268782 | Preferred stockholder |
| RB Willoughby III , | 2.3941796 | Preferred stockholder |
| Sandra Escobar , | 0.3118424 | Preferred stockholder |
| Sandra L. Horowitz , | 0.8150603 | Preferred stockholder |
| Seth Peacock , | 1.2061113 | Preferred stockholder |

**United States Bankruptcy Court**

IN RE:                                                          Case No. __21-11045_____

Certa Dose, Inc

_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Todd Schaefer - Madison Trust Company, Custodian , | 1.4430754 | Preferred stockholder |
| Shane & Lavonne Clifford , | 0.1810911 | Preferred stockholder |
| Donald & Deborah Sizemore , | 0.1810911 | Preferred stockholder |
| Chris Lowry , | 0.3007159 | Common stockholder |
| Tom Henshaw , | 0.3007159 | Common stockholder |
| Patricia Golkowski , | 2.4778989 | Common stockholder |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

CERTA DOSE, INC.,                                   Case No. 21-11045-lgb

                           Debtor.                  Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

1.      Certa Dose Inc. (the "Debtor") filed its Schedules of Assets and Liabilities (as

may be amended, the "Schedules") and Statement of Financial Affairs (as may be amended, the

"Statement" and, collectively with the Schedules, the "Schedules and Statements"), which are

filed contemporaneously herewith.  The Schedules and Statements and these Global Notes (the

"Global Notes") were prepared pursuant to section 521 of title 11 of the United States Code, 11

U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of

Bankruptcy Procedure by the Debtor's president and controller.  Unless otherwise indicated on

the Schedules and Statements or the Global Notes, the information provided is as of the close of

business on June 24, 2021 and all values are based on the information contained within the

Debtor's book and records as of that date.  These Global Notes are incorporated by reference in,

and comprise an integral part of, the Schedules and Statements and should be referred to and

reviewed in connection with any review of the Schedules and Statements.

2.      The Debtor filed a voluntary Chapter 11 petition on May 30, 2021 (the "Petition

Date").  The Debtor is a pharmaceutical technology company formed under the laws of

Delaware.  It commenced operations in Colorado and moved its corporate headquarters and

principal place of business to New York in 2019.

3.        The principal business of the Debtor is developing, selling and licensing its

pharmaceutical products and technology.  The Debtor's products are highly beneficial to the

medical community and are much-needed.  The Debtor was designated as an innovation

company by Johnson & Johnson ("J & J") and it has received a grant and mentor ship from J &

J.  The Debtor anticipates sales of its products to exceed $20 million in the next 24 months.

4.        The Debtor commenced this proceeding to affect a balance sheet reorganization

stemming from disputes and self-dealing in a contrived scheme orchestrated by its former COO

and two affiliated board members to over-leverage the company and cause its takeover by an

insurance company/lender controlled by one of the aforementioned board members.

5.        As a result of, among other things, the Debtor's need to engage in litigation on

multiple fronts and jurisdictions, and the negative impact the COVID-19 business shut-down has

had on it business, the Debtor has been operating with a limited number of staff members and

has taken every effort to streamline its operations.  As a result, while the Debtor has made every

reasonable effort to ensure that the Schedules and Statements are accurate and complete, based

upon the information that was available to it at the time of preparation, inadvertent errors and/or

omissions may exist and/or the subsequent receipt of information and/or further review and

analysis of the Debtor's books and records may result in material changes to the financial data

and other information contained therein.  The Debtor reserves the right to amend the Schedules

and Statements from time to time as may be necessary.

6.        The Debtor reserves all rights to amend the Schedules and/or the Statements in all

respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or

to assert offsets or defenses to any claim reflected on the Schedules as to amount, liability, or classification or otherwise subsequently to designate any claim as "disputed," "contingent," or "unliquidated." A failure to designate any claim as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. Nothing contained in the Schedules and Statements shall constitute a waiver of the Debtor's rights with respect to the chapter 11 case and, specifically, with respect to any issues involving equitable subordination and/or causes of action.

7.      The Debtor attempted to accurately disclose the book value and market value of its assets. However, it reserves its right to amend this value, and the value of any and all of its assets, if and when it receives information that warrants an amendment to the values asserted to ensure that the Schedules and Statements are accurate. The preparation of the Schedules and Statements required the Debtor to estimate, in some instances, the value of its assets and liabilities, the disclosure of assets and liabilities, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

8.      The Debtor has not set forth all causes of action against all third parties as assets in their Schedules and Statements. The Debtor reserves all of its rights with respect to any causes of action they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

9.      The reservation of rights set forth herein is not intended to limit any right the Debtor may assert to amend or modify any Schedule or Statement permitted under the applicable Bankruptcy Code, Bankruptcy Rules, Locals Rules, or common law.

3