**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Arthur E. Rosenberg, Esq.
*Attorneys for Pacific Western Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re                                                     :
                                                          :
CERTA DOSE, INC.                                          :    Chapter 11
                                                          :
                    Debtors.                              :    Case No. 21-11045 (LGB)
                                                          :
                                                          :
----------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorney appears as counsel for Pacific Western Bank, a creditor and party-in-interest in this proceeding, and request that all notices given or required to be given in this action and all related actions, be given and served upon:

> Holland & Knight LLP
> 31 West 52nd Street
> New York, New York 10019
> Attn: Arthur E. Rosenberg, Esq.
> Telephone: (212) 513-3482
> Facsimile: (212) 385-9010
> Email: arthur.rosenberg@hklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation,

#83723061_v1

orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtor.

Dated: New York, New York
      June 25, 2021

                              HOLLAND & KNIGHT LLP

                              By: /s/*Arthur E. Rosenberg*
                              Arthur E. Rosenberg, Esq.
                              31 West 52nd Street
                              New York, New York 10019
                              Telephone: (212) 513-3200
                              Facsimile: (212) 385-9010
                              *Attorneys for Pacific Western Bank*