**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                      :
                                                            :
                                                            :
Certa Dose, Inc,                                            :    Chapter 11
                                                            :    Case No. 21-11045 (LGB)
                                                            :
                          Debtor.                           :
------------------------------------------------------------x

## SCHEDULING ORDER

    The parties cannot amend this order by stipulation or otherwise, and the Court will not amend it unless presented with good cause and timely application as soon as possible. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTION.** If delay or other act or omission may result in a sanction against you, it is incumbent on you to promptly bring this matter to the Court for relief.

It is hereby ORDERED as follows:

1. Parties shall serve discovery requests by **5:00 p.m. (ET) on July 19, 2021** in connection with the *Motion of COPIC Insurance Company, Pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014(a)(2) to Transfer Venue to the United States Bankruptcy Court for the District of Colorado* docketed at ECF No. 36 (the "Motion").

2. The Debtor shall file a supplemental declaration and/or amended schedules to address the Court's requests for additional information in connection with the Motion by **5:00 p.m. (ET) on July 23, 2021**.

3. Parties shall respond to the discovery requests by **5:00 p.m. (ET) on August 2, 2021**.

4. The parties' deposition of witnesses shall begin on **August 16, 2021** and shall conclude by the end of the day on **August 27, 2021**.

5. In the event of dispute over discovery, the parties' counsel shall promptly confer to attempt in good faith to resolve the dispute. If, notwithstanding their good faith efforts to do so, they are unable to resolve a discovery issue, they shall promptly inform the Court by correspondence to Chambers of the nature of the dispute and

    request a telephonic discovery conference. At the conference, the Court will ask the parties about their prior efforts to resolve the dispute.

6. The Court will hold an evidentiary hearing on Zoom on **September 1-2, 2021, at 10:00 a.m. (ET)** (the "Hearing Date"). In the event the parties stipulate to adjourn the hearing, the parties shall promptly inform the Court by correspondence to Chambers no later than 2 (two) days in advance of the Hearing Date. Parties shall abide by deadlines indicated in Chambers' Rules for evidentiary hearings and trials ahead of the Hearing Date including with respect to all of the exhibits to be introduced into evidence or otherwise utilized at the evidentiary hearing and all direct testimony which must be filed with the Court in the form of a declaration, except that the parties shall exchange pre-marked exhibits (other than those intended to be used for rebuttal or impeachment) no less than five (5) days before the Hearing Date.

Dated:    July 15, 2021
              New York, New York

                                                       **/s/ Lisa G. Beckerman**
                                                       Hon. Lisa G. Beckerman
                                                       United States Bankruptcy Judge