**Fill in this information to identify the case:**

Debtor name ___Certa Dose, Inc_____

United States Bankruptcy Court for the: ___Southern District of New York___

                                                   (State)

Case number (If known): ___21-11045_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* .......................................................................................    $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...................................................................................    $ __89,312,790.80

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* .....................................................................................    $ __89,312,790.80

---

**Part 2:**    **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................................    $ __65,156,947.89

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................    $ _____527.68

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................................    +$ __5,977,347.75

4. **Total liabilities** ...................................................................................................................................    $ __71,134,823.32
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _____Certa Dose, Inc_____

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): ____21-11045____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**  ........ $ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Pacific Western Bank-Branch location in Durham NC | Checking | 9  8  4  2 | $ 54,012.47 |
| 3.2. | See continuation sheet | | | $ 69,388.59 |

**4. Other cash equivalents** *(Identify all)*

4.1. _____  $_____
4.2. _____  $_____

**5. Total of Part 1**  $ 123,401.06

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. | Deposit for Workstation located at 101 Ave. of the Americas, NY, NY | $ 8,200.00 |
|---|---|---|
| 7.2. | | $_____ |

Debtor   Certa Dose, Inc    Case number (*if known*) 21-11045
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Prepaid materials and service to SMC Ltd for Midazolam _____ $ 60,028.00 _____

   8.2. _____ $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                   $ 68,228.00 _____

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

                                                                         **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:   89,890.30 _____ – 0.00 _____ = ........ →   $ 89,890.30 _____
                               face amount            doubtful or uncollectible accounts

   11b. Over 90 days old:      5,799.40 _____ – 0.00 _____ = ........ →   $ 5,799.40 _____
                               face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.              $ 95,689.70 _____

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

                                                          **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____   _____   $ _____

   14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                  % of ownership:

   15.1. _____   _____%   _____   $ _____

   15.2. _____   _____%   _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____   _____   $ _____

   16.2. _____   _____   $ _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                                $ _____

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 2

Debtor  Certa Dose, Inc
_____  Case number (if known) 21-11045
Name

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Materials Used to Manufacture the Debtor's Medical F | 12/30/2020 MM / DD / YYYY | $_____ | _____ | 223,733.16 $_____ |
| 20. **Work in progress** _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** Epinephrine kit, PALS syringe kit, and measuring tape | 12/30/2020 MM / DD / YYYY | $_____ | _____ | 43,744.62 $_____ |
| 22. **Other inventory or supplies** Materials booked by the Debtor as obsolete or scrap | MM / DD / YYYY | $_____ | _____ | 273,540.92 $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 541,018.70

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    Certa Dose, Inc
       Name

Case number *(if known)*  21-11045

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Outdated laptops (5) and a monitor | $ 0.00 | _____ | $ 0.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____Certa Dose, Inc_____    Case number (if known)___21-11045_____
                Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Plant equipment (3 label applicators). Fully depreciated and customized for Debtor's use. May not have resale value. | $ 0.00 | _____ | $ Unknown |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $ 0.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor _Certa Dose, Inc_____   Case number *(if known)* _21-11045_____
         Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Patents and licenses for medical devices | $ 970,219.13 | | 970,219.13 $ |
| 61. **Internet domain names and websites** domain and site for certadose.com | $_____ | | Unknown $ |
| 62. **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** Costumer list | $_____ | | Unknown $ |
| 64. **Other intangibles, or intellectual property** Trademarks | $_____ | | 62,580.21 $ |
| 65. **Goodwill** Based upon 2019 valuation of $77 million to $160 million | $_____ | Independent Appraisal | 80,000,000.00 $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 81,032,799.34

Debtor    Certa Dose, Inc
_____    Case number *(if known)*  21-11045
Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____  = ➔  $ _____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Net Operating Loss | Tax year 2019 | $ 7,377,654.00 |
| Net Tax Credit from R & D | Tax year 2019 | $ 74,000.00 |
| | Tax year _____ | $ _____ |

73. **Interests in insurance policies or annuities**

See continuation sheet

$ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See Schedule A/B Part 11, Question 74 Attachment

$ 0.00

**Nature of claim**    See Addendum

**Amount requested**    $ 24,000,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Claims against creditors and third parties

$ 0.00

**Nature of claim**    See Addendum

**Amount requested**    $ 24,000,000.00

76. **Trusts, equitable or future interests in property**

$ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

$ _____

$ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 7,451,654.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor      Certa Dose, Inc
            _____                    Case number (if known)  21-11045
            Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 123,401.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 68,228.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 95,689.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 541,018.70 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 81,032,799.34 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 7,451,654.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 89,312,790.80 | 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................... | 89,312,790.80 | $ 89,312,790.80 |

---

| Debtor 1 | Certa Dose, Inc | | Case number *(if known)* 21-11045 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

**Chase— branch located in    Checking                    2336
New York, NY**

**Balance: 49,316.61**

**Chase                    Savings                    6211**

**Balance: 43.00**

**Pacific Western Bank— Vb    Savings                    5032
Business High Y ield MMA**

**Balance: 20,028.98**


**73) Interests in insurance policies or annuities**

**Accord Workers Compensation Policy          0.00**

**Accord Automobile Liability — Hired          0.00
Autos Only**

**Accord Products Liability Policy          0.00**

**Accord Commercial General Liability          0.00**

**Philadelphia Insurance Companies          0.00
Directors and Officers Liability
Insurance**

**Accord Umbrella Liability Insurance          0.00
Policy**

<u>Addendum</u>

**Schedule A/B**

Q. 74.  Causes of Action

1.      Debtor asserts, among other things, claims for misappropriation of assets against Daniel Hoffman.  An arbitration proceeding is pending in Colorado before JAMS.

2.      The Debtor asserts claims against John Blood for, among other things, breach of fiduciary duty and damages.  An arbitration proceeding is pending in Colorado before JAMS.

3.      The Debtor asserts claims against COPIC Insurance Company, Thomas S. Cowan, Anthony R. Mayer, Katherine Driscoll, as Trustee for the LFD III GRAT U/A 8.26.15, Davis Hurley, Theodore Clarke, Niles Cole, Phoebe Fisher, Geraldine Lewis Jenkins, Alan Young Synn, Stephen R. Hoffenberg, Brian Harrington, Matthew Fleishman, and Steve Rubin for, among other things, fraud, aiding and abetting, breach of fiduciary duty, breach of contract, and on other grounds.  An action is pending in Colorado against some of these parties.

4.      The Debtor may assert preference claims against any creditor that received  a preferential transfer within the 90 day period preceding the bankruptcy filing.

Q. 75.   Unliquidated Claims or Causes of Action

1.      The Debtor may possess claims, counter-claims, offsets, or defenses to claims asserted against it against the following parties:  COPIC Insurance Company, Thomas S. Cowan, Anthony R. Mayer, Katherine Driscoll, as Trustee for the LFD III GRAT U/A 8.26.15, Davis Hurley, Theodore Clarke, Niles Cole, Phoebe Fisher, Geraldine Lewis Jenkins, Alan Young Synn, Stephen R. Hoffenberg, Brian Harrington, Matthew Fleishman, and Steve Rubin.

**Fill in this information to identify the case:**

Debtor name __Certa Dose, Inc__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): __21-11045__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name<br>Caleb Hernandez | Describe debtor's property that is subject to a lien<br>All assets owned and acquired by the Debtor. | $ 65,000,000.00 | $ 82,029,081.93 |
|---|---|---|---|

Creditor's mailing address
784 Columbus Ave.
Apt. 7T, New York, NY 10025

Creditor's email address, if known
Caleb@certadose.com

Describe the lien
Agreement you made, Lien provided pursua

Date debt was incurred __11/1/2020__

Is the creditor an insider or related party?
☐ No
☑ Yes

Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name<br>Pacific Western Bank | Describe debtor's property that is subject to a lien | $1,477.00 | $20,028.98 |
|---|---|---|---|

Creditor's mailing address
PO BOX 6818
Carol Stream, IL 60197

Creditor's email address, if known

Describe the lien
Agreement you made

Date debt was incurred __05/2021__
Last 4 digits of account number

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 65,156,947.89

Debtor    Certa Dose, Inc    Case number *(if known)*    21-11045
                Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**
U.S. Small Business Administration

**Creditor's mailing address**

Attn: Diana St. Louis
26 Federal Plaza, Room 3100, New York, N

**Creditor's email address, if known**
Diana.St.Louis@sba.gov

**Date debt was incurred** _____
**Last 4 digits of account number**    7810

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets owned and acquired by the Debtor    $155,470.89    $82,029,081.93

**Describe the lien**
Agreement you made, EIDL Loan; Lien on a

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.___** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Certa Dose, Inc | Case number *(if known)* | 21-11045 |
|--------|-----------------|--------------------------|----------|
| | Name | | |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| Arthur E. Rosenberg, Esq.<br>Holland & Knight<br>31 West 52nd Street, 12th Flr.<br>New York, NY, 10019 | Line 2. _2_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____Certa Dose, Inc_____

United States Bankruptcy Court for the: __Southern District of New York___

Case number __21-11045_____
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
Colorado Dept. of Revenue
P.O. Box 17087
Denver, CO, 80217

**As of the petition filing date, the claim is:** $ 0.00        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**2.2** | **Priority creditor's name and mailing address**
Internal Revenue Service
PO Box 7346
Centralized Insolvency Agency
Philadelpia, PA, 19101-7346

**As of the petition filing date, the claim is:** $ 0.00        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

**2.3** | **Priority creditor's name and mailing address**
MASSACHUSETTS DEPARTMENT OF REVENUE
ATTN:BANKRUPTCY UNIT
PO BOX 9564
Boston, MA, 02114

**As of the petition filing date, the claim is:** $527.68        $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

| Debtor | Certa Dose, Inco Name | Case number (if known) 21-11045 |
|---|---|---|

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4**  **Priority creditor's name and mailing address**

NYS Dept of Tax And Finance
Bankruptcy Section
PO Box 5300
Albany, NY, 12205-0300

Total claim: $0.00    Priority amount: $

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.___**  **Priority creditor's name and mailing address**

$_____    $_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.___**  **Priority creditor's name and mailing address**

$_____    $_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.___**  **Priority creditor's name and mailing address**

$_____    $_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor     Certa Dose, Inc.                                              Case number (if known)  21-11045
           Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**
Alan Young Synn
1302 S. Uinta Ct.
Denver, CO, 80231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 93,035.68

Basis for the claim:  Convertible Note and/or Judgment

Date or dates debt was incurred    05/20/21

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Anthony R. Mayer
210 University, Blvd., Suite 650
Denver, CO, 80206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 575,730.90

Basis for the claim:  Convertible Note and/or Judgment

Date or dates debt was incurred    05/20/21

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Brian Harrington
769 Sandhill Cir.
Steamboat Springs, CO, 80487

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 31,004.98

Basis for the claim:  Convertible Note and/or Judgment

Date or dates debt was incurred    05/20/21

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Chase CARDMEMBER SERVICE
PO BOX 6294
Carol Stream, IL, 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37,708.00

Basis for the claim:  Credit Card Debt

Date or dates debt was incurred    2020-2021

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Clarus R+D
1233 Dublin Rd
Columbus, OH, 43215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,096.00

Basis for the claim:  Professional Services

Date or dates debt was incurred    2020

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Cooley LLP
101 California Street, 5th floor
San Francisco, CA, 94111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 144,000.00

Basis for the claim:  Professional Fees

Date or dates debt was incurred    2019

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Certa Dose, Inc.
Name

Case number (if known) 21-11045

## Part 2:     Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.7** Nonpriority creditor's name and mailing address

COPIC Insurance Company
7351 E Lowry Blvd #400
Denver, CO, 80230

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 1,782,842.21

Basis for the claim: Convertible Note and/or Judgment

Date or dates debt was incurred    05/20/21

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Daniel Hoffman
T. Damien Zumbrennen
PO Box 271134
Louisville, CO, 80027

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 19,649.00

Basis for the claim:  Employee Claim - Former Officer

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Davis Hurley
7441 E 8th Ave
Denver, CO, 80230

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 533,630.92

Basis for the claim:  Convertible Note and/or Judgment

Date or dates debt was incurred    05/20/21

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Fortis Law Partners
1900 Wazee Street, Suite 300
Denver, CO, 80202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,000.00

Basis for the claim:  Professional fees

Date or dates debt was incurred    2020-2021

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Geraldine Lewis-Jenkins
139 Harrison St
Denver, CO, 80206

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 155,059.46

Basis for the claim:  Convertible Note and/or Judgment

Date or dates debt was incurred    05/20/21

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Certa Dose, Inc.
          _____
          Name

          Case number (if known) 21-11045

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.12  Nonpriority creditor's name and mailing address**

LFD III GRAT U/A 8.26.15
Katherine Driscoll
1130 S. Franklin Street
Denver, CO, 80210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 575,580.22

**Basis for the claim:** Convertible Note and/or Judgment

**Date or dates debt was incurred**    05/20/21

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13  Nonpriority creditor's name and mailing address**

Liu Shen & Associates
10th Floor, Building 1
10 Caihefang Road
Haidian District, China,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,073.00

**Basis for the claim:**  Professional Fees

**Date or dates debt was incurred**    2020-2021

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14  Nonpriority creditor's name and mailing address**

Matthew Fleishman
260 Monroe St
Denver, CO, 80206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 264,497.58

**Basis for the claim:**  Convertible Note and/or Judgment

**Date or dates debt was incurred**    05/20/21

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15  Nonpriority creditor's name and mailing address**

McKesson
9954 Mayland Drive
Richmond, VA, 23228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 16,000.00

**Basis for the claim:**  Services

**Date or dates debt was incurred**    2020

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16  Nonpriority creditor's name and mailing address**

Neugeboren O'Dowd PC
1227 Spruce Street, Suite 200
Boulder, CO, 80302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,474.00

**Basis for the claim:**  Professional Fees

**Date or dates debt was incurred**    2020-2021

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Certa Dose, Inc.
        _____
        Name

Case number (if known)  21-11045

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.17**  Nonpriority creditor's name and mailing address

Niles Cole
703 S Hudson St
Denver, CO, 80246

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 227,934.54

Basis for the claim: Convertible Note and/or Judgment

Date or dates debt was incurred    05/20/21

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.18**  Nonpriority creditor's name and mailing address

Pacific Western Bank
SBA PPP Loan
9701 Wilshire Blvd., #700
Beverly Hills, CA, 90212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 210,000.00

Basis for the claim:  PPP Loan.  Debtor expects loan to be forgiven.

Date or dates debt was incurred    2021

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    8300

---

**3.19**  Nonpriority creditor's name and mailing address

Phoebe Fisher
490 Apple Grove Rd.
Coatesville, PA, 19320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 206,039.62

Basis for the claim:  Convertible Note and/or Judgment

Date or dates debt was incurred    05/20/21

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.20**  Nonpriority creditor's name and mailing address

Stephen R. Hoffenberg
48 Brookhaven Drive
Littleton, CO, 80123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 71,690.74

Basis for the claim:  Convertible Note and/or Judgment

Date or dates debt was incurred    05/20/21

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.21**  Nonpriority creditor's name and mailing address

Stiplastics Healthcaring
62 Chemin des Plantees
38160 Saint-Marcellin
France

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,730.00

Basis for the claim:  Services

Date or dates debt was incurred    2019

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 22   **Nonpriority creditor's name and mailing address**

Theodore Clarke
25149 US Highway 40
Golden, CO, 80401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 292,148.72

**Basis for the claim:** Convertible Note and/or Judgment

Date or dates debt was incurred   05/20/21

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 23   **Nonpriority creditor's name and mailing address**

Thomas S. Cowan
1001 Michigan Avenue
Wilmette, IL, 60091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 677,422.18

**Basis for the claim:** Convertible Note and/or Judgment

Date or dates debt was incurred   05/20/21

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.**____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number

---

**3.**____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number

---

**3.**____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Arthur E. Rosenberg, Esq.<br>Holland & Knight<br>31 West 52nd St., 12th Flr.<br>New York, NY, 10019 | Line 3.18<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line _____<br>☐ Not listed. Explain | _____ |
| 41. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 527.68 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 5,977,347.75 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | $ 5,977,875.43 |

**Fill in this information to identify the case:**

Debtor name    Certa Dose, Inc

United States Bankruptcy Court for the:    Southern District of New York

Case number (If known):    21-11045          Chapter    11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | License agreement for the use of a work station located at 101 Avenue of the Americas, NY, NY Lease | New York Genome Center<br>101 6th Ave<br>New York, NY, 10013 |
| | State the term remaining | 12/31/21 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Collaboration agreement | Johnson & Johnson Consumer Inc<br>199 Grandview Road<br>Skillman, NJ, 08558 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Patent Annuity Management Agreement | Dennemeyer & Co. LLC<br>181 W. Madison Suite 4500<br>Chicago, IL, 60602 |
| | State the term remaining | Renews annually every Nov. 1st | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Specialty medical device software | Greenlight Guru<br>525 South Meridian Street, Suite 3D<br>Indianapolis, IN, 46225 |
| | State the term remaining | Expires Jun 28th, 2023 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Supplier and Distributor of Debtor's products | Cardinal Health<br>7000 Cardinal Place<br>Dublin, OH, 43017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Certa Dose, Inc | Case number *(if known)* | 21-11045 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Supplier of materials for Epinephrine Convenience Kit | Par Sterile Products LLC<br>One Ram Ridge Road<br>Spring Valley, NY, 10977 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing and supply to Certa Dose | SMC Ltd.<br>330 SMC Drive<br>Somerset, WI, 54025 |
| | State the term remaining | 8/22/21 with automatic renewal | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Virtual Space Sharing Agreement Lessee | Lydian Coworking Group, LLC<br>2590 Welton Street Suite 200<br>Denver, CO, 80205 |
| | State the term remaining | Monthly | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | License and Development Agreement | Janssen Pharmaceuticals, Inc.<br>1125 Trenton-Harbourton Road<br>Titusville, NJ, 80560 |
| | State the term remaining | Until expiration of all obligations | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Purchasing Agreement | PREMIER HEALTHCARE ALLIANCE, L.P.<br>13034 Ballantyne Corporate Place<br>Charlotte, NC, 28277 |
| | State the term remaining | 6/30/22 | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Business Management Software NetSuite | Oracle America, Inc.<br>2300 Oracle Way<br>Austin, TX, 78741 |
| | State the term remaining | 3/23/22 | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Storage facility | Public Storage<br>10298 E 45th Ave<br>Denver, CO, 80238 |
| | State the term remaining | Monthly | |
| | List the contract number of any government contract | | |

| Debtor | Certa Dose, Inc | Case number *(if known)* | 21-11045 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.**13** **State what the contract or lease is for and the nature of the debtor's interest** — Storage of raw materials<br><br>**State the term remaining** — Monthly<br>**List the contract number o any government contract** | Sterling Storage<br>27 Sterling Road<br>North Billerica, MA, 01862 |
| 2.**14** **State what the contract or lease is for and the nature of the debtor's interest** — Distribution Agreement<br><br>**State the term remaining** — 5/30/22- automatic annual renewal<br>**List the contract number of any government contract** | Alamo Scientific, Inc.<br>7431 Reindeer Trail, Suite 2<br>San Antonio, TX, 78238 |
| 2.**15** **State what the contract or lease is for and the nature of the debtor's interest** — Digital content creator<br><br>**State the term remaining** — 5.31/2022 renewed annually.<br>**List the contract number of any government contract** | Praetorian Digital<br>200 Green St. #200<br>San Francisco, CA, 94111 |
| 2.____ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.____ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.____ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| 2.____ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name      Certa Dose, Inc

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known):    21-11045

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:      Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From 01/01/2021 MM / DD / YYYY  to  Filing date | ☑ Operating a business ☐ Other | $ 285,000.00 |
| **For prior year:**  From 01/01/2020 MM / DD / YYYY  to  12/31/2020 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 630,000.00 |
| **For the year before that:**  From 01/01/2019 MM / DD / YYYY  to  12/31/2019 MM / DD / YYYY | ☑ Operating a business ☐ Other | 1,029,228.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From 01/01/2021 MM / DD / YYYY  to  Filing date | | $ 0.00 |
| **For prior year:**  From 01/01/2020 MM / DD / YYYY  to  12/31/2020 MM / DD / YYYY | | $ 0.00 |
| **For the year before that:**  From 01/01/2019 MM / DD / YYYY  to  12/31/2019 MM / DD / YYYY | | $ 0.00 |

Debtor    Certa Dose, Inc
_____
Name

Case number (if known) 21-11045
_____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Pacific Western Bank<br>Creditor's name<br>PO BOX 6818<br>Carol Stream, IL 60197 | 05/11/2021 | $ 7,109.60 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Fortis Law Partners<br>Creditor's name<br>1900 Wazee Street, Suite 300<br>Denver, CO 80202 | 05/11/2021 | $ 25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Dr. Caleb Hernandez<br>Insider's name<br>784 Columbus Ave.<br>Apt. 7T<br>New York, NY 10025<br><br>Relationship to debtor<br>President and Majority Shareholder | 11/01/2020 | $ 65,000,000.00 | Pursuant to a Settlement Agreement dated Nov. 1, 2020, the Debtor transferred a conditional lien on all of the Debtor's assets in exchange for, among other things, the mutual release of all claims. |
| 4.2. | _____<br>Insider's name<br><br>Relationship to debtor | | $ _____ | |

Debtor    Certa Dose, Inc
_____    Case number (*if known*)  21-11045
         Name                                                                    _____

---

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

---

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | COPIC Insurance Company v. Caleb Hernandez and Certa Dose, Inc. | Action against Caleb Hernandez and Debtor for, among other things,  alleged wrongful corporate acts asserted by former shareholder | Chancery Court of Delaware<br><br>500 N. King Street<br>Wilmington, DE 19801 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2021-0148 | | | |
| 7.2. | **Case title**<br>Certa Dose, Inc. and Caleb S. Hernandez v. Daniel Hoffman | Debtor asserts, among other thin | **Court or agency's name and address**<br>JAMS Arbitration<br><br>Denver, CO | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

---

Debtor _____Certa Dose, Inc_____   Case number *(if known)* _21-11045_____
         Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  _____ | | _____ | $_____ |
|   Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2.  _____ | | _____ | $_____ |
|   Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| As a result of the business shut-down that resulted from COVID-19, the Debtor was awarded a Payroll Protection Loan for the amount listed.  The loan was forgiven in May | 224,534.00 | 06/01/2020 | $224,435.00 |

---

Debtor    Certa Dose, Inc _____    Case number *(if known)*  21-11045
           Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ortiz & Ortiz LLP | Wire transfer | 05/28/2021 | $ 20,000.00 |
| | **Address** | | | |
| | 35-10 Broadway Ste. 201 Astoria, NY 11106 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    Certa Dose, Inc
_____    Case number *(if known)*  21-11045
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Caleb Hernandez | Lien on all assets and property the debtor possesses or will possess. | 11/12/2020 | $ 65,000,000.00 |
| **Address** 784 Columbus Ave. Apt. 7T New York, NY 10025 | | | |
| **Relationship to debtor** President and Majority Shareholder | | | |
| 13.2. Who received transfer? | | _____ | $_____ |
| **Address** | | | |
| **Relationship to debtor** | | | |

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy | | |
|---|---|---|---|
| 14.1. 2590 Welton Street Ste. 200 Denver, CO 80205 | From  12/15/2019 | To | 12/31/2021 |
| 14.2. 7351 E. Lowry Blvd. Denver, CO 80230 | From  01/01/2018 | To | 12/15/2019 |

| | |
|---|---|
| Debtor | Certa Dose, Inc |
| | Name |

Case number *(if known)* 21-11045

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If  debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|---|
| 15.1. | _____ <br> Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If  debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | _____ <br> Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Certa Dose, Inc
      Name

Case number *(if known)* 21-11045

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

Debtor   Certa Dose, Inc _____   Case number *(if known)* 21-11045 _____
    Name

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor   Certa Dose, Inc _____   Case number *(if known)* 21-11045
         Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |

---

Debtor      Certa Dose, Inc
_____        Case number (*if known*) __21-11045__
            Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Patricia Golkowski<br>Name<br>Patricia@certadose.com | From 01/02/2018<br>To 05/30/2021 |
| 26a.2.  _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Patricia Golkowski<br>Name<br>9216 E 35th Avenue, Denver, CO 80238 | From _____<br>To _____ |
| 26b.2.  _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Patricia Golkowski<br>Name<br>9216 E 35th Avenue,  Denver, CO 80238 | |

---

Debtor    Certa Dose, Inc
_____    Case number *(if known)* 21-11045
Name

---

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    COPIC Insurance Company
_____
Name
7351 E Lowry Blvd #400 Denver, CO 80230

| Name and address |
|---|

26d.2.    _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
Name

Debtor    Certa Dose, Inc _____    Case number *(if known)* 21-11045 _____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
       Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Daniel Hoffman | T. Damien Zumbrennen PO Box 271134 Louisville, CO, 80027 | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Dr. Caleb Hernandez Name 784 Columbus Ave. Apt. 7T New York, NY 10025 | 106,115.00 | _____ _____ _____ | Compensation paid within the last 12 months |
| **Relationship to debtor** President and Majority Shareholder | | _____ | |

| Debtor | Certa Dose, Inc | Case number *(if known)* | 21-11045 |
|---|---|---|---|
| | Name | | |

|  | **Name and address of recipient** | 17,231.00 | _____ |
|---|---|---|---|
| 30.2 | Daniel Hoffman | | _____ |
| | Name | | |
| | c/o T. Damien Zumbrennen, Esq. | | _____ |
| | PO Box 271134 | | |
| | Louisville, CO 80027 | | |
| | | | _____ |
| | | | _____ |
| | **Relationship to debtor** | | _____ |
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| TransAmerica | EIN: 04-6784256 |

---

**Part 14:**     **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/25/2021
       MM  / DD / YYYY

✗ /s/ Caleb S. Hernandez                                    Printed name   Caleb S. Hernandez
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name    Certa Dose, Inc    _____    Case number (if known)    21-11045

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Neugeboren O'Dowd PC, 1227 Spruce Street, Suite 200, Boulder, CO 80302 | $9,969.00 | Other |
| JA Kemp, LLP, 14 South Square, Gray's Inn London WC1R 5JJ, United Kingdom, | $8,804.00 | |
| Cardinal, 7000 Cardinal Place, Dublin, OH 43017 | $25,848.00 | |
| Greenlight Guru, 601 S Meridian St Suite 500, Indianapolis, IN 46225 | $9,782.00 | |
| Par Pharmaceutical, PO Box 840783, Dallas, TX 75284 | $30,055.00 | |
| SMC Ltd., 330 SMC Drive, Somerset, WI 54025 | $8,959.00 | |

**7) Legal Actions**

Certa Dose, Inc. v. John Blood

No.: 28686

Debtor asserts claims against a former officer for, among other things, breach of fiduciary duty and fraud.

JAMS Arbitration

Denver, CO

Pending

-------

COPIC INSURANCE COMPANY, a Colorado corporation; STEPHEN R. HOFFENBERG, M.D.; ALAN YOUNG SYNN, M.D.; DAVIS K. HURLEY, M.D.; BRIAN C. HARRINGTON, M.D.; NILES COLE; GERALDINE A. LEWIS-JENKINS; MATTHEW FLEISHMAN, M.D.; and THEODORE J. CLARKE, M.D., KATHERINE DRISCOLL, Trustee of the 2015 LFD III GRAT- TRUST U/A 8.26.15; PHOEBE FISHER, M.D.; THOMAS S. COWAN; and ANTHONY R. MAYER v. CERTA DOSE, INC., a Delaware corporation

2019CV34850

Claims by former shareholders for funds loaned under convertible notes for breach of contract and related claims

Denver County District Court

520 W Colfax Ave, Denver, CO 80204

Debtor Name _____Certa Dose, Inc_____   Case number (*if known*)___21-11045___

## Continuation Sheet for Official Form 207

Pending

-------

CERTA DOSE, INC. v. COPIC INSURANCE COMPANY, a Colorado corporation; STEVE RUBIN; STEPHEN R. HOFFENBERG; ALAN YOUNG SYNN; DAVIS K. HURLEY; BRIAN C. HARRINGTON; NILES COLE; GERALDINE A. LEWIS-JENKINS; MATTHEW FLEISHMAN; THEODORE J. CLARKE; KATHERINE DRISCOLL, Trustee of the 2015 LFD III GRAT-TRUST U/A 8.26.15; LEE F. DRISCOLL; PHOEBE FISHER; THOMAS S. COWAN; and ANTHONY R. MAYER.

2021CV30160

Causes of Action include breach of fiduciary duty and breach of duty of good faith by former shareholders and directors.

Jefferson County District Court

100 Jefferson County Pkwy, Golden, CO 80401

Pending

-------

CERTA DOSE, INC. and DANIEL HOFFMAN, Plaintiffs, v. COPIC INSURANCE COMPANY, STEVE RUBIN, STEPHEN R HOFFENBERG, JOHN BLOOD, COOLEYLLP,ALAN YOUNG SYNN, DAVIS K. HURLEY, BRIAN C. HARRINGTON, DANIEL LEE MILLER, NILES COLE, J. DANIEL MILLER, JEFFREY ALVIN DORSEY, GERALDINE A LEWIS-JENKINS, MARK A FOOG, MATrnEW FLEISHMAN, TI-IEODOREJ . CLARKE, MICHAEL L. PLA1T, KELLY BARJUNG, ADAM DINOW, TIIOMAS S. COWAN, ANIBONY R MAYER, PHOEBE FISHER, LFD m GRAT-TRUSTU/AS-26-2015, .KA1HERINE DRISCOLL, Trustee, and LEEF. DRISCOLL, Defendants.

2019CV34850

Breach of Fiduciary Duty and other causes of action. Case dismissed solely on jurisdictional grounds.

N.Y.S. Supreme Court, Queens County

88-11 Sutphin Blvd, Jamaica, NY 11435

Concluded

-------

17) Pension Contributions

TransAmerica                    04-6784256

**Fill in this information to identify the case and this filing:**

Debtor Name ___Certa Dose, Inc___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (*If known*): ___21-11045___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/25/2021___          ✗ /s/ Caleb S. Hernandez          *Caleb Hernandez*
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

Caleb S. Hernandez
Printed name

President
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**