UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                                  Case No: 21-11045-lgb

    CERTA DOSE, INC.,                                     Chapter 11

                         Debtor.

--------------------------------------------------------x

On July 15, 2021, the Court entered a Scheduling Order in this case which among other terms and conditions set a discovery cutoff date of August 2, 2021 at 5:00 pm ("Scheduling Order") docketed at ECF No. 64.

It is hereby ORDERED as follows:

1. The debtor is obligated to respond to the document discovery requests served by COPIC by no later than 9:00 am on August 23, 2021 (the "Deadline") and shall produce all responsive documents by such Deadline. The debtor is obligated to produce responsive documents on a rolling basis from now to the Deadline. To the extent any documents are not produced by the debtor by the Deadline, such documents may not be used by any party in connection with any deposition related to COPIC's Motion pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014(a)(2) to Transfer Venue to the United States Bankruptcy Court for the District of Colorado docketed at ECF No. 36 (the "Motion") or the evidentiary hearing with respect to the Motion.

2. Except as set forth herein the terms and conditions of the Scheduling Order shall remain unchanged and in full force and effect.

Dated: New York, New York
       August 11, 2021

                                                                          **/s/ Lisa G. Beckerman**
                                                                    HON. LISA G. BECKERMAN
                                                                    U.S. BANKRUPTCY JUDGE