UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                                                  Case No: 21-11045-lgb

    CERTA DOSE, INC.,                                              Chapter 11

                    Debtor.
--------------------------------------------------------x

On July 15, 2021, the Court entered a Scheduling Order in this case which among other terms and conditions set a discovery cutoff date of August 2, 2021 at 5:00 pm ("Scheduling Order") docketed at ECF No. 64.

It is hereby ORDERED as follows:

1. The parties shall exchange pre-marked exhibits (other than those intended to be used for rebuttal or impeachment) by no later than 5:00 pm on August 26, 2021 (the "Deadline").
2. The parties are obligated to file a stipulation regarding the agreed on the admissibility of as many exhibits as possible and provide two complete sets of the exhibits to Chambers in indexed joint exhibit books by the Deadline.
3. Except as set forth herein the terms and conditions of the Scheduling Order shall remain unchanged and in full force and effect.

Dated: New York, New York
       August 17, 2021

                                                      **/s/ Lisa G. Beckerman**
                                                      HON. LISA G. BECKERMAN
                                                      U.S. BANKRUPTCY JUDGE