UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                                                                  Case No: 21-11045-lgb

    CERTA DOSE, INC.,                                                    Chapter 11

                      Debtor.
-------------------------------------------------------x

On July 15, 2021, the Court entered a Scheduling Order in this case which among other terms and conditions set a discovery cutoff date of August 2, 2021 at 5:00 pm ("Scheduling Order") docketed at ECF No. 64. Subsequently, the Court entered two Amended Scheduling Orders (ECF Nos. 88 and 90) (the "Amended Scheduling Orders") and a Zoom Procedures Order (ECF No. 92 and, collectively with the Scheduling Order and the Amended Scheduling Orders, the "Procedural Orders").

It is hereby ORDERED as follows:

1. The discovery cutoff date, the deadlines to exchange pre-marked exhibits in the Scheduling Order, the deadline to provide the Court via email all of the exhibits, the deadline to submit a witness list, and the deadline for the parties to file a stipulation regarding the agreement on the admissibility of as many exhibits as possible and to provide two complete sets of the exhibits to Chambers in indexed joint exhibit books are each hereby modified to September 13, 2021 at 5:00 p.m. (ET).

2. The evidentiary hearing is adjourned to September 21, 2021 at 1:00 p.m. (ET), September 22, 2021 at 11:00 a.m. (ET), and September 23, 2021 at 12 noon (ET).

3. Except as set forth herein the terms and conditions of the Procedural Orders shall remain unchanged and in full force and effect.

Dated: New York, New York
       August 27th, 2021

                                                                 **/s/ Lisa G. Beckerman**
                                                                 HON. LISA G. BECKERMAN
                                                                 U.S. BANKRUPTCY JUDGE