**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
Chad S. Caby, Esq., admitted *pro hac vice*
1200 17th Street, Suite 3000
Denver, CO 80202
Phone: (303) 628-9583
Facsimile: (303) 623-9222
Email: ccaby@lewisroca.com
*Counsel for COPIC Insurance Company*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                         :

In re:                            Chapter 11
                         :

CERTA DOSE, INC.,          Case No. 21-11045-lgb
                         :

        Debtor.
                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


### AMENDED LIST OF STIPULATED EXHIBITS FOR ADMISSIBILITY FOR EVIDENTIARY HEARING ON COPIC INSURANCE COMPANY'S MOTION PURSUANT TO 28 U.S.C. 1412 AND FED. R. BANKR. P. 1014(a)(2) TO TRANSFER VENUE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

Movant, COPIC Insurance Company ("COPIC"), Debtor Certa Dose, Inc. ("Debtor"), and

Dr. Caleb Hernandez, by and through respective undersigned counsel, hereby submit in the

attached <u>Attachment 1</u> their amended list of exhibits stipulated to for admissibility specific to the

evidentiary hearing on COPIC's Motion Pursuant to 28 U.S.C. 1412 and Fed. R. Bankr. P. 1014

(a)(2) to Transfer Venue to the United States Bankruptcy Court for the District of Colorado.

DATED this 15th day of September, 2021.

**MEDINA LAW FIRM LLC**

s/Eric S. Medina
Eric S. Medina, Esq.
641 Lexington Avenue
Thirteenth Floor
New York, NY 10022
212 404-1742
emedina@medinafirm.com
Attorney for Dr. Caleb Hernandez

**ORTIZ & ORTIZ**

s/Norma E. Ortiz
Norma E. Ortiz, Esq.
Ortiz & Ortiz, L.L.P.
32-10 Broadway, Suite 202
Astoria, NY 11106
(718) 522-1117
email@ortizandortiz.com
Counsel to Certa Dose, Inc.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

s/Chad S. Caby
Chad S. Caby, Esq.
Lewis Roca Rothgerber Christie LLP
1200 17th Street, Suite 3000
Denver, CO 80202
Tel. (303) 628-9583
ccaby@lewisroca.com
Counsel to COPIC Insurance Co.

115544968.1

**ATTACHMENT 1**
**AMENDED LIST OF EXHIBITS**

<u>Jointly submitted by</u>:  COPIC Insurance Company, Certa Dose, Inc., and Dr. Caleb Hernandez

<u>In connection with</u>:    COPIC Insurance Company's Motion to Transfer Venue to the United States Bankruptcy Court for the District
of Colorado, the Debtor's Response thereto and the Joinder in opposition filed by Dr. Hernandez

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|------------|------------------|-------------------|---------------------|
| | | | **Movant's Exhibits** | | | | |
| 1. | 07/25/2021 | Debtor's Amended Statement of Financial Affairs and Schedules (Docket No. 73) | | X | | | |
| 2. | 07/26/2021 | Amended List of Equity Security Holders (Docket No. 74) | | X | | | |
| 3. | 08/13/2021 | Monthly Operating Report for Period Ending June 2021 (Docket No. 89) | | X | | | |
| 4. | 07/12/2021 | Proof of Claim No. 4 filed by JP Morgan Chase Bank USA | | | | | |
| 5. | 07/12/2020 | 2019 U.S. Corp. Income Tax Return; 2019 Colorado C Corporation Income Tax Return and 2019 New York General Business Corp | D00010 – D00104 | | | | |

1-1

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|---|---|---|
| | | Franchise Tax Return | | | | | |
| 6. | Undated | 2020 Form 7004 – Application for Automatic Extension of Time to File | D-RFP4-00001 | X | | | |
| 7. | 04/12/2021 | 2020 NY EXT Extension Form – Application for Automatic Extension of Time to File | D-RFP4-00002 | X | | | |
| 8. | 01/30/2021 | Colorado Secretary of State Periodic Report – Certa Dose, Inc. | | | | | |
| 9. | 06/05/2020 | U.S. Small Business Administration - Loan Authorization And Agreement (Econ. Injury Disaster Loan) | D00307 – 00325 | | | | |
| 10. | 04/08/2020 | Paycheck Protective Program Borrower Application Form – Certa Dose | D-RFP06-00065 - 00068 | | | | |
| 11. | 02/01/2021 | Paycheck Protective Program Second Draw Borrower Application Form – Certa Dose | D00286 - 00306 | | | | |

1-2

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|---|---|---|
| 12. | 08/01/2021 | Product Supplier Agreement for EPI Kit & PALS Kit between Vizient Supply, LLC and Certa Dose, Inc.<br><br>Attorneys Eyes Only | D-RFP10-00001 - 00023 | | | | |
| 13. | 01/17/2020 | License and Development Agreement between Certa Dose, Inc. and Janssen Pharmaceuticals, Inc.<br><br>Attorneys Eyes Only | D-RFP1-00021 - 00058 | | | | |
| 14. | 05/18/2020 | Space Sharing Agreement: Term Sheet | D00326 - 00330 | X | | | |
| 15. | 05/07/2020 | Agreement to Settle Note Valuation Issues and Concerns with Innocent Noteholder between Certa Dose and Nils Albert<br><br>Attorneys Eyes Only | D-RDP9-00001 - 00006 | | | | |
| 16. | 12/12/2020 | Agreement to Settle Note Valuation Issues and Concerns with Innocent Noteholder between Certa Dose and Natasha Allison | D-RDP9-00060 - 00065 | | | | |

1-3

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|-----------|------------------|-------------------|---------------------|
|  |  | Attorneys Eyes Only |  |  |  |  |  |
| 17. | 12/12/2020 | Agreement to Settle Note Valuation Issues and Concerns with Innocent Noteholder between Certa Dose and Erik Allison

Attorneys Eyes Only | D-RDP9-00066 - 00071 |  |  |  |  |
| 18. | 12/13/2019 | Agreement to Settle Note Valuation Issues and Concerns with Innocent Noteholder between Certa Dose and David Friedenson

Attorneys Eyes Only | D-RDP9-00103 - 00108 |  |  |  |  |
| 19. | 12/06/2019 | Agreement to Settle Note Valuation Issues and Concerns with Innocent Noteholder between Certa Dose and Eric B. Olsen

Attorneys Eyes Only | D-RDP9-00123 - 000129 |  |  |  |  |
| 20. | 01/10/2020 | Agreement to Settle Note Valuation Issues and Concerns with Innocent Noteholder between Certa | D-RDP9-00165 - 00171 |  |  |  |  |

1-4

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|------------|------------------|-------------------|---------------------|
| | | Dose and Sandra Horowitz<br><br>Attorneys Eyes Only | | | | | |
| 21. | 12/11/2019 | Agreement to Settle Note Valuation Issues and Concerns with Innocent Noteholder between Certa Dose and Seth Peacock<br><br>Attorneys Eyes Only | D-RDP9-00172 - 00178 | | | | |
| 22. | 12/11/2019 | Agreement to Settle Note Valuation Issues and Concerns with Innocent Noteholder between Certa Dose and Anthony Ingram<br><br>Attorneys Eyes Only | D-RDP9-00195 - 00201 | | | | |
| 23. | 05/07/2020 | Agreement to Settle Note Valuation Issues and Concerns with Innocent Noteholder between Certa Dose and Michael Fallon<br><br>Attorneys Eyes Only | D-RDP9-00202 - 00207 | | | | |
| 24. | 05/19/2020 | Settlement and Modification of Employment Agreement between Patrica Golkowski | D-RFP9-00055 - 00059 | | | | |

1-5

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|------------|------------------|-------------------|---------------------|
| | | and Certa Dose<br><br>Attorneys Eyes Only | | | | | |
| 25. | 06/22/2021 | Declaration of Steve Rubin in Support of Motion of COPIC Insurance Company to Transfer Venue (Docket No. 36, pp. 28 – 31) | | | | | |
| 26. | 12/22/2014 | Exhibit A to Declaration of Steve Rubin – Series Seed Preferred Stock Purchase Agreement (Docket No. 36, pp. 32 – 57) | | X | | | |
| 27. | 12/22/2014 | Exhibit B to Declaration of Steve Rubin – Certa Dose, Inc. Investor Rights Agreement (Docket No. 36, pp. 58 - 71) | | X | | | |
| 28. | 12/22/2014 | Exhibit C to Declaration of Steve Rubin – Certa Dose, Inc. Co-Sale Agreement (Docket No. 36, pp. 72 - 88) | | X | | | |
| 29. | 12/22/2014 | Exhibit D to Declaration of Steve Rubin – Certa Dose, Inc. Voting Agreement (Docket No. 36, pp. 89 - | | X | | | |

1-6

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|---|---|---|
| | | 107) | | | | | |
| 30. | 05/26/2016 | Exhibit E to Declaration of Steve Rubin – Series Seed 2 Preferred Stock Purchase Agreement (Docket No. 36, pp. 108 - 163) | | X | | | |
| 31. | 05/26/2016 | Exhibit F to Declaration of Steve Rubin – Certa Dose, Inc. Amended and Restated Investor Rights Agreement (Docket No. 36, pp. 164 – 181) | | X | | | |
| 32. | 05/26/2016 | Exhibit G to Declaration of Steve Rubin – Certa Dose, Inc. Amended and Restated Co-Sale Agreement (Docket No. 36, pp. 182 – 201) | | X | | | |
| 33. | 05/26/2016 | Exhibit H to Declaration of Steve Rubin – Certa Dose, Amended and Restated Voting Agreement (Docket No. 36, pp. 202 – 223) | | X | | | |
| 34. | 03/07/2017 | Exhibit I to Declaration of Steve Rubin – Certa Dose, Inc. Note Purchase | | X | | | |

1-7

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|------------|------------------|-------------------|---------------------|
| | | Agreement (Docket No. 36, pp. 224 – 249) | | | | | |
| 35. | 07/02/2018 | Exhibit J to Declaration of Steve Rubin – Certa Dose, Inc. Note Purchase Agreement (Docket No. 36, pp. 250 – 269) | | X | | | |
| 36. | 2019 | Exhibit K to Declaration of Steve Rubin – Certa Dose, Inc. Note Purchase Agreement (Docket No. 36, pp. 270 – 284) | | X | | | |
| 37. | 04/13/2021 | Order Granting Plaintiffs' and Intervenor-Plaintiffs' Motions for Summary Judgment (Docket No. 36, pp. 411 – 418) | | | | | |
| 38. | 05/16/2021 | Judgment for Plaintiff Stephen R. Hoffenberg, M.D. (Docket No. 36, pp. 419 – 420) | | | | | |
| 39. | 05/16/2021 | Entry of Judgment in favor of Alan Young Synn, M.D., David K. Hurley, M.D., Brian C. Harrington, M.D., | | | | | |

1-8

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|------------|------------------|-------------------|---------------------|
| | | Niles Cole, Geraldine A. Lewis-Jenkins, Matthew Fleishman, M.D. and Theodore J. Clarke, M.D. (Docket No. 36, pp. 421 – 425) | | | | | |
| 40. | 05/16/2021 | Judgment for Intervenor Plaintiffs Katherine Driscoll, Trustee; Phoebe Fisher, M.D.; Thomas S. Cowan and Anthony R. Mayer (Docket No. 36, pp. 426 – 427) | | | | | |
| 41. | 10/20/2020 | Order Dismissing Complaint Against Defendants COPIC Insurance Company, Steve Rubin, Stephen Hoffenberg and Mark A. Fogg – Queens County, NY (Docket No. 36, pp. 523 – 530) | | | | | |
| 42. | 10/20/2020 | Order Dismissing Complaint Against Defendants John Blood, Thomas S. Cowan, Anthony Mayer, Phoebe Fisher, Katherine Driscoll, Trustee and Lee F. Driscoll (Docket No. 36, pp. 531 – 534) | | | | | |

1-9

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|---|---|---|
| 43. | 10/21/2020 | Order Dismissing Complaint Against Defendants Alan Young Synn, Davis K. Hurley, Brian C. Harrington, Niles Cole, Gerry Lewis-Jenkins, Matthew Fleishman and Theodore Clarke (Docket No. 36, pp. 535 – 537) | | | | | |
| 44. | 11/12/2020 | Colorado Secretary of State UCC Financing Statement – Secured Party Caleb Hernandez (Docket No. 36, pp. 573 – 578) | | X | | | |
| 45. | 06/13/2020 | Colorado Secretary of State UCC Financing Statement – Secured Party U.S. Small Business Administration (Docket No. 36, p. 579) | | X | | | |
| 46. | 12/02/2019 | SEC Form D – Notice of Exempt Offering of Securities (Docket No. 36, pp. 580 – 585) | | | | | |
| 47. | 03/31/2021 | Order re Plaintiffs Motion to Strike Jury Demand, *COPIC Insurance Company, et. al.,* | | | | | |

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|---|---|---|
| | | *v. Katherine Driscoll, et. al.*, Case No. 2019cv34850 (Docket No. 62-1, pp. 1-4) | | | | | |
| 48. | 07/12/2021 | Declaration of Thomas S. Cowan in Support of Motion to Transfer Venue (Docket No. 62-3, pp. 103) | | | | | |
| 49. | 07/12/2021 | Declaration of Phoebe Fischer, M.D., in Support of Motion to Transfer Venue (Docket No. 62-4, pp. 1-4) | | | | | |
| 50. | 07/12/2021 | Declaration of Stephen R. Hoffenberg in Support of Motion to Transfer Venue (Docket No. 62-5, pp. 1-3) | | | | | |
| 51. | 07/12/2021 | Declaration of Dr. Alan Synn in Support of Motion to Transfer Venue (Docket No. 62-6, pp. 1-3) | | | | | |
| 52. | 07/12/2021 | Declaration of Dr. Davis Hurley in Support of Motion to Transfer Venue (Docket No. 62-7, pp. 1-3) | | | | | |
| 53. | 07/12/2021 | Declaration of Dr. Brian Harrington in Support of | | | | | |

115544968.1

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|---|---|---|
| | | Motion to Transfer Venue (Docket No. 62-8, pp. 1-3) | | | | | |
| 54. | 07/12/2021 | Declaration of Niles Cole in Support of Motion to Transfer Venue (Docket No. 62-9, pp. 1-3) | | | | | |
| 55. | 07/12/2021 | Declaration of Geraldine Lewis-Jenkins in Support of Motion to Transfer Venue (Docket No. 62-10, pp. 1-3) | | | | | |
| 56. | 07/12/2021 | Declaration of Dr. Matthew Fleishman in Support of Motion to Transfer Venue (Docket No. 62-11, pp. 1-3) | | | | | |
| 57. | 07/12/2021 | Declaration of Theodore Clarke in Support of Motion to Transfer Venue (Docket No. 62-12, pp. 1-3) | | | | | |
| 58. | 07/12/2021 | Declaration of Katherine Driscoll, Trustee in Support of Motion to Transfer Venue (Docket No. 62-13, pp. 1-4) | | | | | |
| 59. | 07/12/2021 | Declaration of Anthony R. Mayer in Support of Motion to Transfer Venue (Docket | | | | | |

1-12

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|------------|------------------|-------------------|---------------------|
|      |      | No. 62-14, pp. 1-3) |  |  |  |  |  |
| 60. | 07/12/2021 | Declaration of Daniel Hoffman in Support of Motion to Transfer Venue (Docket No. 62-15, pp. 1-2) |  |  |  |  |  |
| 61. | 08/11/2020 | Janssen Research & Development, LLC Purchase Order | D-RFP13-13521 |  |  |  |  |
| 62. | 02/03/2021 | SMC Ltd. Invoice | D-RFP14-00073 | X |  |  |  |
| 63. | 08/23/2021 | FDA – Establishment Registration & Device Listing |  |  |  |  |  |
| 64. | 08/23/2021 | FDA – Establishment Registration & Device Listing Epinephrine |  |  |  |  |  |
| 65. | 08/23/2021 | FDA – Establishment Registration & Device Listing PALS |  |  |  |  |  |
| 66. | 11/25/2019 | Collaboration Agreement between Certa Dose, Inc. and Johnson & Johnson Consumer, Inc. | D-RFP1-00091 - 00107 |  |  |  |  |

1-13

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|---|---|---|
| | | Attorneys Eyes Only | | | | | |
| 67. | 09/01/2021 | Certa Dose Website Page – Aug 19 Post, Certa Dose Receives Innovative Technology Contract from Vizient | | | | | |
| 68. | 07/03/2021 | Proof of Claim No. 5 filed by Sandra Horowitz | | | | | |
| 69. | 10/02/2017 | Action by Unanimous Written Consent of the Board of Directors of Certa Dose, Inc. – Employment Agreements | | | | | |
| 70. | 11/10/2019 | Certa Dose Minutes of a Meeting of the Board of Directors with Exhibit | | | | | |
| 71. | 11/14/2019 – 11/15/2019 | Certa Dose Minutes of a Meeting of the Board of Directors with Exhibit | | | | | |
| 72. | 11/15/2019 | Action of the Board of Directors of Certa Dose, Inc. – Resolutions for Addressing Negative Effect to Shareholders | D-RFP15-000287 - 000291 | | | | |

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|------------|------------------|-------------------|---------------------|
| 73. | 11/15/2019 | Action of the Board of Directors of Certa Dose, Inc. – Amended and Restated Certificate of Incorporation | D-RFP15-000308 - 000316 | | | | |
| 74. | 11/15/2019 | Action by Written Consent of the Stockholders of Certa Dose, Inc. | D-RFP15-000292 - 000296 | | | | |
| 75. | 11/15/2019 | Amended and Restated Certa Dose, Inc., Amended and Restated Co-Sale Agreement | D-RFP15-000342 - 000354 | | | | |
| 76. | 11/15/2019 | Amended and Restated Certa Dose, Inc., Amended and Restated Investor Rights Agreement | D-RFP15-000355 - 000364 | | | | |
| 77. | 11/15/2019 | Amended and Restated Series Seed 2 Preferred Stock Purchase Agreement | D-RFP15-000317 - 000328 | | | | |
| 78. | 11/15/2019 | Amended and Restated Certa Dose, Inc., Amended and Restated Voting Agreement | D-RFP15-000329 - 000341 | | | | |
| 79. | 11/15/2019 | Certa Dose, Inc. Amendment to Convertible Promissory Notes | D-RFP15-000301 – 000307 | | | | |

1-15

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|---|---|---|
| 80. | 11/15/2019 | Certificate of Designation of Preferred Stock that is Subject to the "Junior" Provisions | D-RFP15-000298 – 000300 | | | | |
| 81. | 11/17/2019 | Certa Dose Minutes of a Meeting of the Board of Directors with Exhibit - Approved | | | | | |
| 82. | 11/21/2019 | Certa Dose Investor Notification | D-RFP15-000003 - 000006 | X | | | |
| 83. | 12/08/2019 | Certa Dose Board of Directors Meeting Minutes | | | | | |
| 84. | 01/15/2020 | Certa Dose, Inc. Meeting of the Board of Directors | | | | | |
| 85. | 03/11/2020 | Certa Dose, Inc. Meeting of the Board of Directors | | | | | |
| 86. | 03/26/2020 | Certa Dose, Inc. Meeting of the Board of Directors | | | | | |
| 87. | 12/02/2020 | Certificate of Amendment to the Amended and Restated Certificate of Incorporation of Certa Dose, Inc. | | | | | |

115544968.1

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|---|---|---|
| 88. | 12/31/2020 | Action by Written Consent of the Stockholders of Certa Dose, Inc. | | | | | |
| 89. | 12/31/2020 | Email from Josue Hernandez to Fred Baumann, cc: Caleb Hernandez; John Domeika, re: Response to "Notice" | | | | | |
| 90. | 09/08/2021 | Deposition Transcript/Video Deposition of Patricia Golkowski | | | | | |
| 91. | 09/30/2019 | Certa Dose, Inc. Financial Statements as of September 30, 2019  (Unaudited) | | | | | |
| 92. | 09/**/2021 | Placeholder – July Monthly Operating Agreement (Docket No. ***) | | | | | |
| 93. | | Any exhibit necessary for rebuttal | | | | | |
| 94. | | Any exhibit endorsed by any party | | | | | |
| 95. | | | | | | | |
| 96. | | | | | | | |

1-17

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|------------|------------------|-------------------|---------------------|
| 97. | | | | | | | |
| 98. | | | | | | | |
| 99. | | | | | | | |
| 100. | | | | | | | |
| **Debtor's Exhibits** | | | | | | | |
| 200. | | Scalar Valuation July 31, 2019 | CIC0008S8 | | | | |
| 201. | | Email dated Aug. 7, 2019, regarding marketing proposal | CIC001073 | X | | | |
| 202. | | Marketing proposal Aug. 2019- Confidential | CIC001074 | X | | | |
| 203. | | NY Dept. of State Entity Information - no | D00182 | | | | |
| 204. | | Memorandum of Understanding May 2020 | D00184 | X | | | |
| 205. | | Certificate of Change Oct. 2019 | D00231 | | | | |
| 206. | | Certificate of Change Aug. 2020 | D00235 | | | | |

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|------------|------------------|-------------------|---------------------|
| 207. | | Certificate of Change Dec. 2019 | D00239 | | | | |
| 208. | | NY Dept. of State Letter Oct. 2019 | D00256 | | | | |
| 209. | | Third Amendment to License Agreement Jan. 2021 | D00269 | X | | | |
| 210. | | Sept. 2020 email from PACWEST bank | D-RFP06-000571 | | | | |
| 211. | | Agreement to Settle Note Valuation Issue Dec. 2019 | D-RFP9-00103 | X | | | |
| 212. | | Vizient Contract | D-RFP10-00001 | | | | |
| 213. | | Expense Report Nick Kosik Jan. 2020 | D-RFP12-00073 | | | | |
| 214. | | Expense Report Dewey Sim Jan. 2020 | D-RFP12-00148 | | | | |
| 215. | | Expense Report Chris Karageroge Feb. 2020 | D-RFP12-00967 | | | | |
| 216. | | Expense Report Stella Farquharson Oct. 2019 | D-RFP12-01838 | | | | |
| 217. | | Investor Notification Nov. | D-RFP13-000216–225 | | | | |

1-19

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|------------|------------------|-------------------|---------------------|
|      |      | 2019        |         |            |                  |                   |                     |
| 218. |      | Life Science nation Invoice | D-RFP140-0018 | X |        |                   |                     |
| 219. |      | Smart Invoice 2020 | D-RFP14-00022 | X |             |                   |                     |
| 220. |      | Nautilus Invoice 2019 | D-RFP14-00029 | X |           |                   |                     |
| 221. |      | Oracle Invoice 2021 | D-RFP14-00045 | X |             |                   |                     |
| 222. |      | Boundtree Invoice 2021 | D-RFP14-00067 |    |         |                   |                     |
| 223. |      | Nam Invoice 2020 | D-RFP14-00069 | X |               |                   |                     |
| 224. |      | Par Invoice 2021 | D-RFP14-00080 | X |               |                   |                     |
| 225. |      | Clarke Invoice 2020 | D-RFP14-00094 | X |             |                   |                     |
| 226. |      | Steven Invoice 202.0 | D-RFP14-00096 | X |            |                   |                     |
| 227. |      | Clarus Invoice 2020 | D-RFP14-00098 | X |             |                   |                     |
| 228. |      | Securitas Invoice 2021 | D-RFP14-00119 | X |          |                   |                     |
| 229. |      | Dennemyer Invoice 2.021 | D-RFP14-00120 | X |         |                   |                     |
| 230. |      | Pizzeys Invoice 2021 | D-RFP14-00149 | X |            |                   |                     |
| 231. |      | Ja Kemp Invoive 2021 | D-RFP14-00157 | X |            |                   |                     |
| 232. |      | Jlabs Invoice 2020 | D-RFP14-00158 |    |             |                   |                     |

1-20

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|------------|------------------|-------------------|---------------------|
| 233. | | DDL Invoice 2020 | D-RFP14-00159 | X | | | |
| 234. | | Amerisource Invoice 2021 | D-RFP14-00160 | X | | | |
| 235. | | Sterling Invoice 2021 | D-RFP14-00166 | X | | | |
| 236. | | Avalon Bay Rental Invoice 2020 | D-RFP14-00168 | | | | |
| 237. | | Unified Global Invoice 2020 | D-RFP14-00175 | X | | | |
| 238. | | Greenlight Guru Invoice 2021 | D-RFP14-00179 | X | | | |
| 239. | | Bridgehead Invoice 2021 | D-RFP14-00182 | X | | | |
| 240. | | Pocket nurse invoice 2020 | D-RFP14-00184 | X | | | |
| 241. | | Plum Invoice 2021 | D-RFP14-00187 | X | | | |
| 242. | | Adobe Invoice 2020 | D-RFP14-00188 | X | | | |
| 243. | | Cardinal Health Invoice 2021 | D-RFP14-00195 | | | | |
| 244. | | SMC Invoice 2021 | D-RFP14-00199 | X | | | |
| 245. | | QA Invoice 2020 | D-RFP14-00207 | X | | | |
| 246. | | HSC Invoice 2020 | D-RFP14-00224 | X | | | |

1-21

| Exh. | Date | Description | Bates # | Stipulated | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|------|------|-------------|---------|-----------|------------------|-------------------|---------------------|
| 247. | | Lex Invoice 2020 | D-RFP14-00239 | X | | | |
| 248. | | Steven Invoice 2020 | D-RFP14-00279 | X | | | |
| 249. | | Vizient Invoice 2020 | D-RFP14-00286 | X | | | |
| 250. | | McKesson Invoice 2020 | D-RFP14-00289 | | | | |
| 251. | | Seiwa Invoice 2020 | D-RFP14-00311 | X | | | |
| 252. | | Stiplastin Invoice 2019 | D-RFP14-00316 | X | | | |
| 253. | | Lindley Invoice 2020 | D-RFP14-00323 | X | | | |
| 254. | | Oracle Invoice 2020 | D-RFP14-00328 | X | | | |
| 255. | | 3C Invoice 2019 | D-RFP14-00357 | X | | | |
| 256. | | SMC Invoice 2021 | D-RFP14-00400 | X | | | |
| 257. | | NY Lease with Avaya 2018 | D-RFP15-000540 | X | | | |
| 258. | | NY Lease for 2019 | D-RPF15-00588 | X | | | |
| 259. | | Oregon License | | X | | | |
| 260. | | West Virginia 2021-2022 License | | X | | | |

115544968.1