| | |
|---|---|
| ORTIZ & ORTIZ, L.L.P.<br>35-10 Broadway, Ste. 202<br>Astoria, New York  111060<br>Tel. (718) 522-1117<br>Fax (718) 596-1302<br>email@ortizandortiz.com<br>*Proposed Counsel to the Debtor* | Hearing Date: October 15, 2021<br>Time: 10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re

CERTA DOSE, INC.                                         Case No. 21-11045-lgb


                    Debtor.                              Chapter 11
---------------------------------------------------------X

## NOTICE OF HEARING ON
## DEBTOR'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION INTERIM FINANCING FROM DR. CALEB S. HERNANDEZ (THE "LENDER") AND GRANTING THE CONTINUED USE OF CASH COLLATERAL; (2) SCHEDULING A HEARING ON THE FINAL REQUEST FOR THE USE OF CASH COLLATERAL; (3) SCHEDULING A HEARING ON THE REQUEST FOR A FINAL ORDER APPROVING POST-PETITION FINANCING; (4) AUTHORIZING THE PRIOR LOANS TO THE DEBTOR FROM THE LENDER ; AND (5) GRANTING SUCH OTHER AND FURTHER RELIEF AS IS DEEMED APPROPRIATE

**PLEASE TAKE NOTICE** that the Debtor filed an Emergency Motion for (1) an Interim Order authorizing the Debtor to obtain post-petition interim financing from Dr. Caleb S. Hernandez (the "Lender") and granting the continued use of cash collateral; (2) scheduling a hearing on the final request for the use of cash collateral; (3) scheduling an hearing on the request for a final order approving post-petition financing; (4) authorizing the prior loans to the Debtor from the Lender; and (5) granting such other and further relief as is deemed appropriate (the "Emergency Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Emergency Motion will be held by telephonically through use of Court Solutions before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "Court") on **October 13, 2021 at 10:00 a.m. (ET)**. Parties wishing to participate in the hearing must register online with Court Solutions at www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the hearing on the Motion if you do not object to the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion may be raised at the Hearing.

Dated: New York, New York
       October 13, 2021

                                             /s/Norma E. Ortiz
                                             Norma E. Ortiz, Esq.
                                             Ortiz & Ortiz, L.L.P.
                                             287 Park Avenue South , Ste. 213
                                             New York, New York  10010
                                             Tel. (718) 522-1117
                                             Counsel to the Debtor