UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re

CERTA DOSE INC.,                                                                  Case No. 21-11045-lgb

                     Debtor.                                                    Chapter 11
----------------------------------------------------------X

# NOTICE OF FILING OF PROPOSED FINAL BUDGET IN SUPPORT OF PROPOSED ORDER GRANTING DEBTOR'S EMERGENCY MOTION (1) AUTHORIZING POST-PETITION INTERIM FINANCING FROM DR. CALEB S. HERNANDEZ (DR. HERNANDEZ") AND AUTHORIZING USE OF CASH COLLATERAL; (2) SCHEDULING A HEARING ON THE FINAL REQUEST FOR THE USE OF CASH COLLATERAL; (3) SCHEDULING A HEARING ON THE REQUEST FOR A FINAL ORDER APPROVING POST-PETITION FINANCING; (4); AND (5) GRANTING SUCH OTHER AND FURTHER RELIEF AND IS DEEMED APPROPRIATE ("MOTION")

*Please be advised* that a final hearing on the Motion is presently scheduled to be heard by the Hon. Lisa G. Beckerman, U.S. Bankruptcy Judge, on November 8, 2021 at 10:00 a.m., to consider the Debtor's request for the entry of a final order granting the Motion.

*Please be further advised* that attached hereto is a proposed final budget that shall be presented to the Court in support of the Debtor's request for the entry of a final order approving the Motion.

Dated: New York, New York
       October 21, 2021

                                                                                                 /s/Norma E. Ortiz
                                                                                    Norma E. Ortiz, Esq.
                                                                                    Ortiz & Ortiz, L.L.P.
                                                                                    287 Park Avenue South, Ste. 213
                                                                                   New York, New York 10010
                                                                                   Tel. (718) 522-1117
                                                                                   Counsel to the Debtor

**<u>Proposed Final Budget</u>**

**Certa Dose, Inc.**
*Budget*

| | 21-Oct | 21-Nov | 21-Dec | 22-Jan | 22-Feb | 22-Mar |
|---|---:|---:|---:|---:|---:|---:|
| **INCOME STATEMENT** | | | | | | |
| **Revenues** | | | | | | |
| **Product 1: EPI** | | | | | | |
| Case Sales (5 eaches) | 50 | 80 | 90 | 90 | 150 | 165 |
| Net Selling Price/Case | 380 | 380 | 380 | 380 | 380 | 380 |
| Net Revenue | 19,000 | 30,400 | 34,200 | 34,200 | 57,000 | 62,700 |
| **Product 2: PALS** | | | | | | |
| Case Sales (4 eaches) | 70 | 80 | 90 | 100 | 110 | 120 |
| Net Selling Price/Case | 230 | 230 | 230 | 230 | 230 | 230 |
| Net Revenue | 16,100 | 18,400 | 20,700 | 23,000 | 25,300 | 27,600 |
| **Product 4: Tape** | | | | | | |
| Unit Sales | 80 | 100 | 110 | 120 | 190 | 200 |
| Net Selling Price/Each | 10 | 10 | 10 | 10 | 10 | 10 |
| Net Revenue | 800 | 1,000 | 1,100 | 1,200 | 1,900 | 2,000 |
| **Product 5: App** | | | | | | |
| Unit Sales | | 100 | 200 | 300 | 400 | 600 |
| Net Selling Price/Each | | 19.99 | 19.99 | 19.99 | 19.99 | 19.99 |
| Net Revenue | - | 1,999 | 3,998 | 5,997 | 7,996 | 11,994 |
| **Consulting/Upfront** | | | | | | |
| Loan | | | | | | |
| Consulting | | | | | | |
| Upfront/Milestone | | | | | | |
| Net Revenue | - | - | - | - | - | - |
| **Royalties** | | | | | | |
| Project X | | | | 30,000 | 35,000 | 40,000 |
| Net Revenue | - | - | - | 30,000 | 35,000 | 40,000 |
| **Total Product Revenue** | 35,900 | 51,799 | 59,998 | 64,397 | 92,196 | 104,294 |
| **Total Net Revenue** | 35,900 | 51,799 | 59,998 | 94,397 | 127,196 | 144,294 |
| **Cost of Sales** | | | | | | |
| **Product 1: Epi** | | | | | | |
| Case Sales | 90 | 100 | 120 | 140 | 200 | 250 |
| Cost Per Case | 98 | 98 | 98 | 98 | 98 | 98 |
| Total Cost of Sales | 8,820 | 9,800 | 11,760 | 13,720 | 19,600 | 24,500 |
| *Gross Margin* | *54%* | *68%* | *66%* | *60%* | *66%* | *61%* |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| **Product 2: PALS** | | | | | | |
| Case Sales | 80 | 90 | 100 | 120 | 140 | 150 |
| Cost Per Case | 54 | 54 | 54 | 54 | 54 | 54 |
| Total Cost of Sales | 4,307 | 4,845 | 5,384 | 6,461 | 7,537 | 8,076 |
| *Gross Margin* | *77%* | *77%* | *77%* | *77%* | *77%* | *77%* |
| **Product 4: Tape** | | | | | | |
| Sales (Eaches) | 80 | 100 | 110 | 120 | 190 | 200 |
| Cost Per Each | 2 | 2 | 2 | 2 | 2 | 2 |
| Total Cost of Sales | 198 | 247 | 272 | 297 | 470 | 495 |
| *Gross Margin* | *75%* | *75%* | *75%* | *75%* | *75%* | *75%* |
| **Product 5: App** | | | | | | |
| Sales (Eaches) | - | 50 | 60 | 70 | 100 | 150 |
| Cost Per Each | 2 | 6 | 6 | 6 | 6 | 6 |
| Total Cost of Sales | - | 300 | 360 | 420 | 600 | 900 |
| *Gross Margin* | | *85%* | *91%* | *93%* | *92%* | *92%* |
| Sterilization | | | | | | |
| **Total Cost of Sales** | **13,325** | **15,193** | **17,776** | **20,897** | **28,207** | **33,970** |
| **Gross Profit** | **22,575** | **36,606** | **42,222** | **73,500** | **98,989** | **110,324** |
| *Gross Margin* | *63%* | *71%* | *70%* | *78%* | *78%* | *76%* |
| **Operating Expenses** | | | | | | |
| R&D | | | | | | |
|     R&D | - | - | - | - | - | - |
| SALES AND MARKETING | | | | | | |
|     Advertising Expense | 500 | 500 | 500 | 500 | 500 | 500 |
|     Salaries & Commission | | | | | | |
|     Travel & Conferences | | | | | | |
|     Other - Sales & | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 |
| **SALES AND MARKETING** | **1,000** | **1,000** | **1,500** | **1,500** | **1,500** | **1,500** |
| GENERAL AND ADMINISTRATIVE | | | | | | |
|     Professional | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
|     Legal    Legal | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
|     IT | 800 | 800 | 800 | 800 | 800 | 800 |
|     Rent and Utilities Expense | 1,283 | 1,283 | 1,283 | 1,283 | 1,283 | 1,283 |
|     Insurance-General | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
|     Shipping, Freight and Delivery | 500 | 500 | 500 | 500 | 500 | 500 |
|     Consulting | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
|     Other    Trustee Fee | 500 | 500 | 500 | 500 | 500 | 500 |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| **Total G&A** | 33,083 | 33,083 | 33,083 | 33,083 | 33,083 | 33,083 |
| **Total OpEx -- Excl Payroll** | 34,083 | 34,083 | 34,583 | 34,583 | 34,583 | 34,583 |
| **Payroll** | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 | 28,000 |
| **OpEx + Payroll** | **62,083** | **62,083** | **62,583** | **62,583** | **62,583** | **62,583** |
| **EBITDA** | -39,508 | -25,477 | -20,361 | 10,917 | 36,406 | 47,741 |
| Compensation expense | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 |
| Depreciation | - | - | - | - | - | - |
| Amortization | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| **EBIT** | -50,008 | -35,977 | -30,861 | 417 | 25,906 | 37,241 |
| Interest Income | -300 | -300 | -300 | -300 | -300 | -300 |
| Other Income | | | | | | |
| Interest Expense | - | - | - | - | - | - |
| **EBT** | -49,708 | -35,677 | -30,561 | 717 | 26,206 | 37,541 |
| NOL Ending  -3,524,418 | -10,272,287 | -10,307,964 | -10,338,525 | -10,337,808 | -10,311,603 | -10,274,062 |
| Taxes | - | - | - | - | - | - |
| **Net Income** | -49,708 | -35,677 | -30,561 | 717 | 26,206 | 37,541 |