### Certa Dose, Inc
*13 Week CF Model*
Case No. 21-11045

| | Week 1 11/24/2021-11/26/2021 | Week 2 11/29/2021-12/3/2021 | Week 3 12/6/2021-12/10/2021 | Week 4 12/13/2021-12/17/2021 | Week 5 12/20/2021-12/24/2021 | Week 6 12/27/2021-12/31/2021 | Week 7 1/3/2022-1/7/2022 | Week 8 1/10/2022-1/14/2022 | Week 9 1/17/2022-1/21/2022 | Week 10 1/24/2022-1/28/2022 | Week 11 1/31/2022-2/4/2022 | Week 12 2/7/2022-2/11/2022 | Week 13 2/14/2022-2/18/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Begging Cash** $ 3,000 | | | | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | | | | |
| Sales | 90 | 9,990 | 390 | - | 430 | 120 | 3,570 | 2,940 | 1,850 | 5,349 | 830 | 12,388 | 12,329 |
| Royalty Payments | | | | | | | | | | | 30,000 | | |
| Interim DIP support | 200,000 | | | | | | | | | | | | |
| **Cash Receipts** | $200,090 | $9,990 | $390 | $0 | $430 | $120 | $3,570 | $2,940 | $1,850 | $5,349 | $30,830 | $12,388 | $12,329 |
| **Expenses** | | | | | | | | | | | | | |
| COGS-EPI | | | | | | | | | | $60,000 | | | |
| Payroll | 2,500 | | | 2,500 | | 2,500 | | 2,500 | | | 2,500 | | 2,500 |
| Insurance | | 6,800 | | - | - | - | 20,000 | | | | 20,000 | | |
| Legal Patents | 7,000 | | | | 7,000 | | | | 7,000 | | | | 7,000 |
| Rent & Storage | | 2,450 | | | | | 2,450 | | | | 2,450 | | |
| IT | | 5,833 | | | | | 5,833 | | | | 5,833 | | |
| 3PL | | 10,000 | | | | | 10,000 | | | | 10,000 | | |
| Other | | | 10,000 | | | | 10,000 | | | | | 10,000 | |
| Consulting | | | 10,000 | | | | 10,000 | | | | | 10,000 | |
| **Expenses total** | $9,500 | $25,083 | $20,000 | $2,500 | $7,000 | $2,500 | $58,283 | $2,500 | $7,000 | $62,500 | $38,283 | $22,500 | $7,000 |
| Net Cash | $190,590 | -$15,093 | -$19,610 | -$2,500 | -$6,570 | -$2,380 | -$54,713 | $440 | -$5,150 | -$57,151 | -$7,453 | -$10,112 | $5,329 |
| **Ending Cash** | $193,590 | $178,497 | $158,887 | $156,387 | $149,817 | $147,437 | $92,724 | $93,163 | $88,013 | $30,862 | $23,409 | $13,298 | $18,626 |
| **Restructuring Cost (projected)** | | | | | | | | | | | | | |
| Legal | | | | | | | | $ 150,000 | | | | | $ 150,000 |
| Financial Advisor | | | | | | | | $ 35,000 | | | | | $ 35,000 |
| CRO | | | | | | | | $ 33,000 | | | | | $ 24,000 |
| **Total Restructuring Cost** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $ 218,000 | $ - | $ - | $ - | $ - | $ 209,000 |