UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

CERTA DOSE INC.,                                    Case No. 21-11045-lgb

                        Debtor(s)                    Chapter 11
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Cynthia Narea, being duly sworn, state as follows:

1. I am over 18 years of age and not a party to this case.

2. On November 8, 2021, I served a copy of the following documents to the individuals and entities listed on the annexed service list by e-mail and Fed-Ex:

**DEBTOR'S MOTION TO FILE UNDER SEAL MOTION TO (I) ENFORCE AND GRANT ATTORNEYS FEES AND COSTS PURSUANT TO 11 U.S.C. §107, BANKRUPTCY RULE 9018, AND LOCAL RULE 9018-1**

and

**NOTICE OF MOTION PURSUANT TO
SECTION 105(a) OF THE BANKRUPTCY CODE
TO (I) ENFORCE AND
(II) GRANT ATTORNEYS' FEES AND COSTS**

      I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: New York, New York
       November 17, 2021

                                                            /s/Cynthia Narea
                                                            Cynthia Narea
                                                            Paralegal
                                                             Ortiz & Ortiz LLP
                                                            35-10 Broadway, Ste. 201
                                                            Astoria, New York  11106

Certa Dose Inc.
21-11045-lgb
Service List

| Creditor or Interested Party | Method of Service |
| --- | --- |
| COPIC Insurance Company<br>Chad S. Caby, Esq.<br>Lewis Roca<br>1200 Seventeeth Street, Ste. 3000<br>Denver, CO  80202 | Email to ccaby@lewisroca.com |
| Thomas S. Cowan<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| Anthony R. Mayer<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| LFD III GRAT U/A 8.26.15<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| Davis Hurley<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com |
| Theodore Clarke<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com |

| Creditor or Interested Party | Method of Service |
|---|---|
| Matthew Fleishman<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com |
| Niles Cole<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com |
| Phoebe Fisher<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| Geraldine Lewis Jenkins<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com |
| Alan Young Synn<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com |
| Brian Harrington<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com |
| Paul Schwartberg, Esq.<br>Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Email to paul.schwartzberg@usdoj.gov |
| Clarus R+D<br>1233 Dublin Rd<br>Columbus, OH 43215 | Federal Express |

| Creditor or Interested Party | Method of Service |
|---|---|
| Cooley LLP<br>101 California Street, 5th floor<br>San Francisco, CA 94111 | Federal Express |
| Marshall Dennehey<br>2000 Market Street, Suite 2300<br>Philadelphia, PA 19103 | Federal Express |
| McKesson<br>9954 Mayland Drive<br>Richmond, VA 23228 | Federal Express |
| New York Genome Center<br>101 6th Ave<br>New York, NY 10013 | Federal Express |
| Gregory T. Walker<br>3246 West Elizabeth Street<br>Fort Collins, CO 80521 | Federal Express |
| Larry Miller<br>1243 Flightline Dr.<br>Spring Branch, Texas 78070 | Federal Express |
| Andrew Glaser<br>130 W 15th Street Apt. 4H<br>New York, NY 10011 | Federal Express |
| Anthony G. Ingram Trust<br>PO Box 6514<br>Denver CO 80204 | Federal Express |
| Audrey Rogers & Rodney Rogers<br>335 Nassau Court<br>Marco Island, FL 34145 | Federal Express |
| David Friedenson<br>13001 Milwaukee Place<br>Thornton, CO 80241 | Federal Express |
| Erik Michael Allison<br>2692 Burgess Creek Road<br>Steamboat Springs, CO 80487 | Federal Express |
| Jeffrey Alvin Dorsey<br>13 South Marina Drive<br>Key Largo, FL 33037 | Federal Express |

| Creditor or Interested Party | Method of Service |
|---|---|
| Mark A. Notash<br>600 West Main Street<br>Northborough, MA 01532 | Federal Express |
| Michael Fallon<br>508 Village Walk Lane<br>Clemson, SC 29631 | Federal Express |
| Natasha L. Allison<br>2692 Burgess Creek Road<br>Steamboat Springs, CO 80487 | Federal Express |
| Pier DeSanctis (HSC)<br>1102 49th ave Apt. 6i<br>Long Island City, NY 11101 | Federal Express |
| Robert Willoughby III<br>331 Northridge Dr.<br>San Antonio, TX 78209 | Federal Express |
| Sandra Escobar<br>11351 E 110th Way<br>Henderson, CO 80640 | Federal Express |
| Sandra L. Horowitz<br>454 Cook Street<br>Denver, CO 80206 | Federal Express |
| Todd Schaefer<br>156 Porter Street #343<br>Boston, MA 02128 | Federal Express |
| Shane Clifford & Lavonne Clifford<br>8205 Brownstone Ext<br>Cross Plains, TN 37049 | Federal Express |
| Donald Sizemore & Deborah Sizemore<br>715 Park Drive<br>Goodlettsville, TN 37072 | Federal Express |
| Eric Eisbrenner<br>492 Cameron Circle<br>San Antonio, TX 78258 | Federal Express |
| Daniel Miller<br>5200 Enclave Drive<br>Oldsmar, FL 34677 | Federal Express |

| Creditor or Interested Party | Method of Service |
|---|---|
| Daniel Lee Miller (Jr)<br>5401 Preserve Parkway N.<br>Greenwood Village, CO 80121 | Federal Express |
| Eric B. Olsen<br>4459 Eagle Lake South<br>Fort Collins, CO 80524 | Federal Express |
| Donald A. Miller<br>3850 Washington St. #1205<br>Hollywood, FL 33021 | Federal Express |
| Nils Albert<br>PO Box 120<br>Frisco, CO 80443 | Federal Express |
| Seth Peacock<br>835 Lawhon Dr.<br>Saint Johns, FL 32259 | Federal Express |
| Chris Lowry<br>321 Oak Meadow Drive<br>Woodstock, GA 30188 | Federal Express |
| Tom Henshaw<br>12131 West Lake Avenue<br>Littleton CO 80127 | Federal Express |