**Budget**

Certa Dose          Nov 24-Dec 10th Budget

|  | **Week 1** | **Week 2** | **Week 3** |
|---|---|---|---|
|  | 11/24/2021-11/26/2021 | 11/29/2021-12/3/2021 | 12/6/2021-12/10/2021 |
| **Begging Cash** | $39,000 | | |
| **Cash Receipts** | | | |
| Sales | 90 | 9,990 | 390 |
| Royalty Payments | | | |
| Interim DIP support | | | |
| **Cash Receipts** | **$90** | **$9,990** | **$390** |
| **Expenses** | | | |
| COGS-EPI | | | |
| Payroll | 2,500 | | |
| Insurance | | 6,800 | |
| Legal Patents | 7,000 | | |
| Rent & Storage | | 2,450 | |
| IT | | 5,833 | |
| 3PL | | 10,000 | |
| Other | | | |
| In House Accounting | | | 10,000 |
| **Expenses total** | **$9,500** | **$25,083** | **$10,000** |
| Net Cash | ($9,410) | ($15,093) | ($9,610) |
| **Ending Cash** | **$29,590** | **$14,497** | **$4,887** |
| **Restructuring Cost (projected)** | | | |
| Legal | | | |
| Financial Advisor | | | |
| CRO | | | |
| **Cost** | **$0** | **$0** | **$0** |