SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Kenneth P. Silverman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X
In Re:

                                   Chapter 11

CERTA DOSE, INC.,

                                   Case No. 21-11045 (LGB)

                       Debtor.
--------------------------------------------------------------------- X

## SUPPLMENTAL AFFIDAVIT OF DISINTERESTEDNESS
## OF KENNETH P. SILVERMAN, ESQ.

STATE OF FLORIDA        )
                          ) ss:
COUNTY OF PALM BEACH)

      KENNETH P. SILVERMAN, Esq., under penalty of perjury, states and represents as follows:

      1.      I am a member of SilvermanAcampora LLP. I submit this supplemental affidavit in connection with my appointment as chapter 11 trustee of the estate of Certa Dose, Inc.

      2.      To the best of my knowledge, information, and belief, I represent that I do not have any connection with any member of the Chambers of the Honorable Lisa G. Beckerman.

                            /s/Kenneth P. Silverman (with permission by LMM)
                            Kenneth P. Silverman, Esq.

Sworn to before me this              Lynne M. Manzolillo
2nd day of December, 2021        Notary public, State of New York
                              No.01MA6204014
                              Qualified in Suffolk County
/s/Lynne M. Manzolillo___      Commission Expires April 13, 2025
    Notary Public

2767709v1 / 000001.000001 / LMM