UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

CERTA DOSE INC.,                                    Case No. 21-11045-lgb

                           Debtor(s)          Chapter 11

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, Cynthia Narea, being duly sworn, state as follows:

     1.  I am over 18 years of age and not a party to this case.

     2.  On October 22, 2021, I served a copy of the following documents to the individuals and entities listed on the annexed service list by e-mail:

**Notice of Entry of Interim Order Granting Debtor's Emergency Motion (1) Authorizing Post-Petition Interim Financing From Dr. Caleb S. Hernandez ("Lender") And Authorizing Use of Cash Collateral; (2) Scheduling A Hearing On The Final Request For The Use Of Cash Collateral; (3) Scheduling A Hearing On The Request For A Final Order Approving Post-Petition Financing; (4) Authorizing Prior Loans To The Debtor From Lender; And (5) Granting Such Other And Further Relief As Is Deemed Appropriate**

     I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  New York, New York
       October 22, 2021

                                  /s/Cynthia Narea
                                 Cynthia Narea
                                 Paralegal
                                 Ortiz & Ortiz LLP
                                 35-10 Broadway, Ste. 201
                                 Astoria, New York  11106

Certa Dose Inc.
21-11045-lgb
Service List

| Creditor or Interested Party | Method of Service |
| --- | --- |
| COPIC Insurance Company<br>Chad S. Caby, Esq.<br>Lewis Roca<br>1200 Seventeeth Street, Ste. 3000<br>Denver, CO 80202 | Email to ccaby@lewisroca.com |
| Thomas S. Cowan<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| Anthony R. Mayer<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| LFD III GRAT U/A 8.26.15<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| Davis Hurley<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO 80209 | Email to matt@grovesllc.com<br>ehafer@grovesllc.com<br>Vanessa@grovesllc.com |
| Theodore Clarke<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO 80209 | Email to matt@grovesllc.com<br>ehafer@grovesllc.com<br>Vanessa@grovesllc.com |
| Matthew Fleishman<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO 80209 | Email to matt@grovesllc.com<br>ehafer@grovesllc.com<br>Vanessa@grovesllc.com |

| Creditor or Interested Party | Method of Service |
|---|---|
| Niles Cole<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com<br>ehafer@grovesllc.com<br>Vanessa@grovesllc.com |
| Phoebe Fisher<br>Alan C. Friedberg, Esq.<br>Berg, Hill, Greenleaf, Ruscitti LLP<br>1712 Pearl Street<br>Boulder, CO 80302 | Email to acf@bhgrlaw.com |
| Geraldine Lewis Jenkins<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com<br>ehafer@grovesllc.com<br>Vanessa@grovesllc.com |
| Alan Young Synn<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com<br>ehafer@grovesllc.com<br>Vanessa@grovesllc.com |
| Stephen R. Hoffenberg<br>Kevin Shea, Esq.<br>Richilano & Shea<br>1800 Fifteenth Street, Ste. 101<br>Denver, CO 80802 | Email to shea@richilanoshea.com |
| Brian Harrington<br>Matthew Groves, Esq.<br>Groves Law<br>281 South Pearl Street<br>Denver, CO  80209 | Email to matt@grovesllc.com<br>ehafer@grovesllc.com<br>Vanessa@grovesllc.com |
| Fortis Law Partner<br>1900 Wazee Street, Ste. 300<br>Denver, CO 80202 | Email to JHerzog@fortislawpartners.com |
| Diana St. Louis, Esq.<br>District Counsel<br>U.S. Small Business Administration<br>New York District Office<br>26 Federal Plaza, Room 3100<br>New York, NY 10278 | Email to Diana.St.Louis@sba.gov |

| Paul Schwartberg, Esq.<br>Office of the U.S. Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Email to paul.schwartzberg@usdoj.gov |
|---|---|