UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

CERTA DOSE, INC.,

                    Debtor.

------------------------------------------------------------x

Chapter 11

Case No. 21-11045 (LGB)

## ORDER SCHEDULING HEARING ON SHORTENED NOTICE TO CONSIDER CHAPTER 11 TRUSTEE'S: (I) MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS; AND (II) APPLICATION TO USE CASH COLLATERAL OF DR. CALEB S. HERNANDEZ

Upon the motion of Kenneth P. Silverman, Esq., the chapter 11 operating trustee (the "Trustee") of the bankruptcy estate of Certa Dose, Inc. (the "Debtor") seeking the entry of an order (the "Order") scheduling a hearing on shortened notice to consider the Trustee's: (A) motion (the "OCPs Retention Motion")[1] seeking entry of an order authorizing the Trustee to (i) retain and compensate the OCPs on a post-petition basis in accordance with the procedures set forth herein, without the need for each OCP to file formal applications for retention and compensation, and (ii) make certain payments to OCPs immediately in order to preserve the Debtor's intellectual property assets; and (B) application (the "Cash Collateral Application") seeking entry of an order authorizing the Trustee's emergency use of cash collateral of Dr. Caleb S. Hernandez (the "Lender") to immediately make certain payments to the OCPs in order to preserve the Debtor's intellectual property assets; and after due deliberation and good and sufficient cause appearing for the relief granted herein; it is herby

**ORDERED**, that a telephonic hearing will be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge of the United States Bankruptcy Court for the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCPs Retention Motion and/or the Cash Collateral Application.

1

Southern District of New York, Alexander Hamilton U.S. Custom House, New York, New York 10004 on **March 3, 2022, at 10:00 a.m.**, or as soon thereafter as counsel can be heard (the "Hearing"), to consider the OCPs Retention Motion and the Cash Collateral Application; and it is further

**ORDERED**, that Hearing will be conducted telephonically. All parties, including attorneys, clients, and *pro se* parties, may appear telephonically by registering with Court Solutions at www.court-solutions.com. Parties wishing to participate in or listen to a video hearing must register utilizing the Electronic Appearance portal located on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Parties do not need to contact the Courtroom Deputy to request prior authorization to appear telephonically. Further information on how to register with Court Solutions can be found in General Order M-543; and it is further

**ORDERED**, that on or before **February 28, 2022**, (i) copies of this Order and the OCPs Retention Motion and the Cash Collateral Application shall be served by electronic mail or first class mail to (a) all parties whom or which have filed a notice of appearance in this case, (b) the Office of the United States Trustee for Region 2, and (c) any party that requests in writing from the Trustee's counsel, SilvermanAcampora LLP, bpowers@silvermanacampora.com, to receive a copy of the Motion; and (ii) copies of this Order will be served by first class mail to (y) all of the creditors listed in the Debtor's schedules, and (z) all parties that have filed a proof of claim in the Debtor's case, including the Lender and its counsel; and it is further

**ORDERED**, that responses or objections, if any, to the relief sought in the OCPs Retention Motion and/or the Cash Collateral Application must be in writing, conform with the Bankruptcy Code and Rules, state with particularity the grounds thereof and be filed with the Court and served upon (i) counsel to the Trustee, SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300,

Jericho, New York 11753, attention: Brian Powers, Esq., (ii) the Office of the United States Trustee for Region 2, 201 Varick Street, Room 1006, New York, New York 10004, and (iii) all parties that filed a notice of appearance in this case, so as to be received on or before **March 2, 2022, at 4:00 p.m.**; and it is further

**ORDERED**, that in accordance with Bankruptcy Rule 9006(c)(1), notice of the Hearing is shortened and shall be deemed to be sufficient and adequate if served in accordance with the terms of this Order.

Dated: New York, New York
**February 25, 2022**

/s/ **Lisa G. Beckerman**
Honorable Lisa G. Beckerman
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 21-11045-lgb |
| Certa Dose, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf001 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Certa Dose, Inc., 101 Avenue of the Americas, 3rd Floor, New York, NY 10013-1942 |
| intp | + | Caleb S. Hernandez, Medina Law Firm LLC, 641 Lexington Avenue, Thirteenth Floor, New York, NY 10022-4503 |
| cr | + | Daniel Hoffman, 15 Hudson Yards, 33B, New York, NY 10001-2162 |
| unk | + | Eric M Huebscher, 630 3rd Avenue, 21st Floor, New York, NY 10017-6751 |
| unk | + | Stephen R. Hoffenberg, 1200 17th Street, Suite 3000, Denver, CO 80202-5855 |
| 7846330 | + | Alan C. Friedberg, Berg Hill Greenleaf Ruscitti LLP, 1712 Pearl Street, Boulder, CO 80302-5517 |
| 7846331 | + | Alan Young Synn, 1302 S. Uinta Ct., Denver, Denver, CO 80231-2742 |
| 7846332 | + | Anthony R. Mayer, 210 University, Blvd., Suite 650, Denver, CO 80206-4643 |
| 7846333 | + | Brian Harrington, 769 Sandhill Cir., Steamboat Springs, CO 80487-3114 |
| 7846335 | + | COPIC Insurance Company, 7351 E Lowry Blvd #400, Denver, CO 80230-6083 |
| 7846334 | + | Caleb Hernandez, PO Box 838, Denver, CO 80201-0838 |
| 7862335 | #+ | Chad S. Caby, Lewis Roca Rothgerber Christie LLP, 1200 17th Street, Suite 3000, Denver, CO 80202-5855 |
| 7846336 | + | Davis Hurley, 7441 E 8th Ave, Denver, Denver, CO 80230-6120 |
| 7846337 | + | Department of Revenue, Taxation Division, P.O. Box 17087, Denver, CO 80217-0087 |
| 7849219 | + | ERIC S. MEDINA, ESQ., MEDINA LAW FIRM LLC, 641 LEXINGTON AVENUE, THIRTEENTH FLOOR, NEW YOR, NY 10022-4503 |
| 7846338 | + | Fortis Law Partners, Certa Dose, Inc, 1900 Wazee Street, Ste. 300, Denver, CO 80202-1259 |
| 7846339 | #+ | Frederick J. Baumann, LEWIS ROCA ROTHGERBER CHRISTIE LLP, 1200 17th Street, Suite 3000, Denver, CO 80202-5855 |
| 7846340 | + | Geraldine Lewis-Jenkins, 139 Harrison St, Denver, Denver, CO 80206-5538 |
| 7852840 | + | Holland & Knight LLP, 31 West 52nd Street, New York, New York 10019-6122, Attn: Arthur E . Rosenberg, Esq. |
| 7846342 | + | Kevin M. Shea, Richilano Shea LLC, 1800 15th Street, Suite 101, Denver, CO 80202-7134 |
| 7846343 | + | LFD III GRAT U/A 8.26.15, 1130 S. Franklin Street, Denver, CO 80210-1719 |
| 7846344 | + | Marshall Dennehey, 2000 Market Street, Suite 2300, Philadelphia, PA 19103-7006 |
| 7846345 | + | Matthew Fleishman, 260 Monroe St, Denver, Denver, CO 80206-5506 |
| 7846346 | + | Matthew R. Groves, Groves Law LLC, 281 South Pearl Street, Denver, CO 80209-2017 |
| 7904904 | + | Michael Fallon, 508 Village Walk Ln, Clemson 29631-3310 |
| 7846347 | + | Niles Cole, 703 S Hudson St, Denver, Denver, CO 80246-2309 |
| 7905189 | + | Nils Albert, PO Box 120, Frisco, CO 80443-0120 |
| 7846349 | | Phoebe Fisher, 490 Apple Grove Rd., Coatesville, PA 19320 |
| 7862495 | + | SANDRA HOROWITZ, 454 COOK ST., DENVER, CO. 80206-4425 |
| 7892056 | + | Sandra P Escobar, 11351 E 110th Way, Henderson, CO 80640-7718, , |
| 7893556 | + | SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753-2702, Attn: Brian Powers, Esq. |
| 7846350 | + | Stephen R. Hoffenberg, 48 Brookhaven Drive, Littleton, CO 80123-6690 |
| 7846351 | + | The Law Office of Josue D. Hernandez, Certa Dose, Inc, P.O. Box 8383, Denver, CO 80201-8383 |
| 7846352 | + | Theodore Clarke, 25149 US Highway 40, Golden, CO 80401-9347 |
| 7846353 | + | Thomas S. Cowan, 1001 Michigan Avenue, Wilmette, IL 60091-1933 |
| 7904863 | + | Todd Schaefer, 1750 Wewatta St #530, Denver, CO 80202-6655 |
| 7846354 | #+ | Tyler M. Nemkov, LEWIS ROCA ROTHGERBER CHRISTIE LLP, 1200 17th Street, Suite 3000, Denver, CO 80202-5855 |
| 7846355 | + | U.S SBA, Aattn: Diana Mukiibi, 10737 Gateway West, #300, El Paso, TX 79935-4910 |
| 7848985 | + | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

21-11045-lgb    Doc 217    Filed 02/27/22    Entered 02/28/22 00:09:49    Imaged
Certificate of Notice    Pg 5 of 7

| District/off: 0208-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2022 | Form ID: pdf001 | Total Noticed: 43 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 7846341 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2022 18:57:00 | Internal Revenue Service, PO Box 7346, Centralized Insolvency Agency, Philadelpia, PA 19101-7346 |
| 7856383 | + Email/Text: RASEBN@raslg.com | Feb 25 2022 18:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 7848117 | Email/Text: DOREBN@DOR.STATE.MA.US | Feb 25 2022 18:57:00 | MASSACHUSETTS DEPARTMENT OF REVENUE, MASS. DEPT. OF REVENUE ATTN:BANKRUPTCY U, PO BOX 9564, Boston, MA 02114-9564 |
| 7846348 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Feb 25 2022 18:57:00 | NYS Dept of Tax And Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Alan Synn, M.D. |
| cr | | Anthony Mayer |
| cr | | Brian Harrington, M.D. |
| cr | | COPIC Insurance Company |
| cr | | Davis Hurley, M.D. |
| cr | | Geraldine Lewis Jenkins |
| cr | | Katherine Driscoll |
| cr | | Matthew Fleishman, M.D. |
| cr | | Niles Cole |
| cr | | Pacific Western Bank |
| cr | | Phoebe Fisher |
| cr | | Theodore Clarke, M.D. |
| cr | | Thomas S. Cowan |
| 7888129 | | AmerisourceBergen Drug Corporation |
| 7866379 | *+ | Frederick J. Baumann, Lewis Roca Rothgerber Christie LLP, 1200 17th Street, Suite 3000, Denver, CO 80202-5855 |

TOTAL: 14 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2022        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Charles Friedberg | |

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf001 | Total Noticed: 43 |

| | |
|---|---|
| | on behalf of Creditor Phoebe Fisher acf@bhgrlaw.com ehs@bhgrlaw.com;jak@bhgrlaw.com |
| Alan Charles Friedberg | |
| | on behalf of Creditor Katherine Driscoll acf@bhgrlaw.com ehs@bhgrlaw.com;jak@bhgrlaw.com |
| Alan Charles Friedberg | |
| | on behalf of Creditor Thomas S. Cowan acf@bhgrlaw.com ehs@bhgrlaw.com;jak@bhgrlaw.com |
| Alan Charles Friedberg | |
| | on behalf of Creditor Anthony Mayer acf@bhgrlaw.com ehs@bhgrlaw.com;jak@bhgrlaw.com |
| Arthur E. Rosenberg | |
| | on behalf of Creditor Pacific Western Bank arthur.rosenberg@hklaw.com |
| Brian Powers | |
| | on behalf of Trustee Kenneth Silverman bpowers@silvermanacampora.com htrust@silvermanacampora.com |
| Chadwick Caby | |
| | on behalf of Creditor COPIC Insurance Company ccaby@lewisroca.com jeastin@lewisroca.com |
| Chadwick Caby | |
| | on behalf of Unknown Stephen R. Hoffenberg ccaby@lewisroca.com jeastin@lewisroca.com |
| Edward Joseph Hafer | |
| | on behalf of Creditor Alan Synn M.D. ehafer@grovesllc.com |
| Edward Joseph Hafer | |
| | on behalf of Creditor Brian Harrington M.D. ehafer@grovesllc.com |
| Edward Joseph Hafer | |
| | on behalf of Creditor Niles Cole ehafer@grovesllc.com |
| Edward Joseph Hafer | |
| | on behalf of Creditor Geraldine Lewis Jenkins ehafer@grovesllc.com |
| Edward Joseph Hafer | |
| | on behalf of Creditor Theodore Clarke M.D. ehafer@grovesllc.com |
| Edward Joseph Hafer | |
| | on behalf of Creditor Matthew Fleishman M.D. ehafer@grovesllc.com |
| Edward Joseph Hafer | |
| | on behalf of Creditor Davis Hurley M.D. ehafer@grovesllc.com |
| Eric Michael Huebscher | |
| | on behalf of Unknown Eric M Huebscher ehuebscher@huebscherconsulting.com |
| Eric S. Medina, Esq. | |
| | on behalf of Interested Party Caleb S. Hernandez emedina@medinafirm.com ecf@medinafirm.com |
| Frederick James Baumann | |
| | on behalf of Creditor COPIC Insurance Company fbaumann@lewisroca.com |
| Frederick James Baumann | |
| | on behalf of Unknown Stephen R. Hoffenberg fbaumann@lewisroca.com |
| Kenneth Silverman | |
| | filings@spallp.com ksilvermanNYSB@ecf.axosfs.com |
| Matthew Groves | |
| | on behalf of Creditor Davis Hurley M.D. matt@grovesllc.com, vanessa@grovesllc.com |
| Matthew Groves | |
| | on behalf of Creditor Niles Cole matt@grovesllc.com vanessa@grovesllc.com |
| Matthew Groves | |
| | on behalf of Creditor Geraldine Lewis Jenkins matt@grovesllc.com vanessa@grovesllc.com |
| Matthew Groves | |
| | on behalf of Creditor Alan Synn M.D. matt@grovesllc.com, vanessa@grovesllc.com |
| Matthew Groves | |
| | on behalf of Creditor Brian Harrington M.D. matt@grovesllc.com, vanessa@grovesllc.com |
| Matthew Groves | |
| | on behalf of Creditor Matthew Fleishman M.D. matt@grovesllc.com, vanessa@grovesllc.com |
| Matthew Groves | |
| | on behalf of Creditor Theodore Clarke M.D. matt@grovesllc.com, vanessa@grovesllc.com |
| Norma E. Ortiz | |
| | on behalf of Debtor Certa Dose Inc. email@ortizandortiz.com, bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com |

| Ronald J. Friedman | on behalf of Trustee Kenneth Silverman filings@spallp.com RFriedman@SilvermanAcampora.com;DMahoney@SilvermanAcampora.com;CGiardino@SilvermanAcampora.com |
| Todd D Zumbrennen | on behalf of Creditor Daniel Hoffman damien@zumbrennen.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 31