**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.

*Counsel to Dr. Hernandez*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>    CERTA DOSE, INC.,<br><br><br>                        Debtor. | Case No. 21-11045-lgb<br><br>Chapter 11 |

**NOTICE OF FILING OF PROPOSED MODIFICATIONS TO THE ORDER BARRING CERTAIN ACTIONS IN CONNECTION WITH THE DEBTOR**

**PLEASE TAKE NOTICE** that, on April 28, 2022, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order Barring Certain Actions in Connection with the Debtor* [Dkt. No. 298] (the "Order");

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order, on April 29, 2022, Kenneth P. Silverman, Esq. (the "Trustee"), the chapter 11 operating trustee of the above-captioned debtor (the "Debtor"), and Dr. Caleb S. Hernandez (the "Lender" and together with the Trustee, the "Parties"), along with their respective counsel, met telephonically to discuss the Debtor's operations and business, the questions that the Trustee has about the Debtor's operations and business, and the concerns that Dr. Hernandez has about the collateral securing the loans that he made to the Debtor and the operation of the Debtor's business;

**PLEASE TAKE FURTHER NOTICE** that, on May 2, 2022, the Parties jointly submitted to the Court consensual modifications to the Order, which are reflected in the proposed modified order (the "Modified Order") attached hereto as **Exhibit 1**; and

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is a redline comparison of the Order to the Modified Order.

Dated: May 2, 2022
New York, NY

Respectfully submitted,

By:    /s/ Robert J. Gayda

**SEWARD & KISSEL LLP**
Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Andrew J. Matott, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 450-8421
Email: gayda@sewkis.com
          lotempio@sewkis.com
          matott@sewkis.com

*Counsel to Dr. Hernandez*