# EXHIBIT A

**Estimated Accounts Payable Outstanding**

| Vendor | Contact/Invoice | Amount Per Email |
|---|---|---|
| Par Pharmaceuticals | 3/11/22 | $ 41,514.00 |
| Cardinal Health | 4/20/22 | 35,702.89 |
| Patricia Golkowski | 2/2/22 | 24,750.00 |
| SMC Ltd. | 4/4/22 | 9,850.50 |
| Greenlight Guru | 3/29/22 | 8,437.21 |
| Bridgehead IT | 3/29/22 | 7,175.61 |
| JLABS @ NYC (J&J) | 5/2/22 | 5,441.77 |
| Oracle Netsuite | 3/19/22 | 4,452.27 |
| Forensic Pursuit | 3/13/22 | 3,320.01 |
| Sterling Corporation | 5/8/22 | 3,166.80 |
| TriNet | 1/24/22 | 2,077.35 |
| Lexipol, LLC | 1/25/22 | 2,005.00 |
| Lex Orbis Consulting | 3/21/22 | 1,140.00 |
| AmerisourceBergen | 1/13/22 | 169.13 |
| Liu Shen & Associates | 3/23/22 | $182.61 |
| Clark & Modet | 4/7/22 | $3,603.14 |
| Liu Shen & Associates | 4/11/22 | $189.25 |
| Pizzey | 4/11/22 | $1,398.00 |
| Lexorbis | 3/31/22 | $292.61 |
| Neugeboren O'Down PC | | $32,970.00 |
| WP Thompson | 4/30/22 | $1,267.00 |
| Seiwa Patent & Law | 5/1/22 | $610.18 |
| Smart & Biggar LLP | 5/9/22 | $4,050.92 |
| Dennemeyer & Co, LLC | 2/19/22 | $5,426.89 |
| Plum Interests, LLC | 2/2/22 | 59.54 |
| | | $ 199,252.68 |