**SILVERMANACAMPORA LLP**
Attorneys for Kenneth P. Silverman, Esq.,
The Interim Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Brian Powers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

CERTA DOSE, INC.,

                             Debtor.
-----------------------------------------------------------------x

Chapter 7

Case No. 21-11045 (LGB)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                  ) ss.:
COUNTY OF NASSAU      )

      I, **MELISSA COHEN,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by SilvermanAcampora LLP.

      On August 18, 2022, deponent served the within:

- **NOTICE OF HEARING ON APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES;**

- **CHAPTER 11 TRUSTEE'S APPLICATION FOR ORDER AWARDING COMMISSIONS;**

- **APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY SILVERMANACAMPORA LLP, ATTORNEYS FOR THE CHAPTER 11 OPERATING TRUSTEE, together with Supporting Exhibits A through D; AND**

- **FIRST AND FINAL APPLICATION OF LINDENWOOD ASSOCIATES, LLC, FINANCIAL ADVISOR TO CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 10, 2021 THROUGH AND INCLUDING JULY 11, 2022, together with Supporting Exhibits A through E**

by **First Class Mail** delivery to the addresses listed below, said addresses designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:** **Office of the United States Trustee**

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Paul Schwartzberg

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Mark Bruh, Esq., Trial Attorney

**Notices of Appearance**

Medina Law Firm LLC
641 Lexington Avenue, 13th Floor
New York, NY 10022
Attn: Eric S. Medina, Esq.

Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Attn: Arthur E. Rosenberg, Esq.

Zumbrennen Law, LLC
P.O. Box 271134
Superior, CO 80027
Attn: Todd D Zumbrennen

Huebscher & Co.
630 3rd Avenue - 21st Floor
New York, NY 10017
Attn: Eric Michael Huebscher

Eric M. Huebscher
Huebscher & Co.
301 East 87th Street, 20 E
New York, NY 10128-4838

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Attn: David W. Dykhouse
      Kimberly Black

Lewis Roca Rothgerber Christie LLP
1200 17th Street, Suite 3000
Denver, CO 80202
Attn: Chad S. Caby
      Frederick J. Baumann

Lewis Roca Rothgerber Christie LLP
1601 19th Street, Suite 1000
Denver, CO 80202
Attn: Frederick James Baumann

Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO 80302
Attn: Alan Charles Friedberg

Groves Law, LLC
281 S. Pearl St.
Denver, CO 80209
Attn: Matthew Groves
      Edward Joseph Hafer

Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Attn: Robert J. Gayda
      Catherine V. LoTempio
      Andrew J. Matott

Buchalter, a Professional Corporation
425 Market St., Suite 2900
San Francisco, CA 94105
Attn: Shawn M. Christianson

# - AND -

On August 18, 2022, deponent served the within:

- **NOTICE OF HEARING ON APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES;**

by **First Class Mail** delivery to the addresses listed below, said addresses designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:**   *** See Attached Service List ***

                                            */s/ Melissa Cohen*
                                            **MELISSA COHEN**

Sworn to before me this
18th day of August, 2022.

> Robert W. Matozzo
> Notary Public, State of New York
> No.:  01MA6417940
> Qualified in Nassau County
> Commission Expires May 24, 2025

 */s/ Robert W. Matozzo*
       Notary Public

3

## SERVICE LIST

**Debtor**
Certa Dose, Inc.
101 Avenue of the Americas, 3rd Floor
New York, NY 10013

**Debtor's Counsel**
Ortiz & Ortiz, LLP
287 Park Avenue South, Suite 213
New York, NY 10010
Attn:   Norma E. Ortiz

Nat Wasserstein
Lindenwood Associates, LLC
328 North Broadway, 2nd Floor
Upper Nyack, NY 10960-1521

**Creditors**

Stephen R. Hoffenberg
1200 17th Street
Suite 3000
Denver, CO 80202-5855

Alan Young Synn
1302 S. Uinta Ct.
Denver, CO 80231-2742

Anthony R. Mayer
210 University, Blvd., Suite 650
Denver, CO 80206-4643

Brian Harrington
769 Sandhill Cir.
Steamboat Springs, CO 80487-3114

COPIC Insurance Company
7351 E Lowry Blvd #400
Denver, CO 80230-6083

Davis Hurley
7441 E 8th Ave.
Denver, CO 80230-6120

Department of Revenue
Taxation Division
P.O. Box 17087
Denver, CO 80217-0087

Fortis Law Partners
Certa Dose, Inc
1900 Wazee Street, Ste. 300
Denver, CO 80202-1259

Geraldine Lewis-Jenkins
139 Harrison St.
Denver, CO 80206-5538

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kevin M. Shea
Richilano Shea LLC
1800 15th Street, Suite 101
Denver, CO 80202-7134

LFD III GRAT U/A 8.26.15
1130 S. Franklin Street
Denver, CO 80210-1719

The Law Office of Josue D. Hernandez
Certa Dose, Inc
P.O. Box 8383
Denver, CO 80201-8383

Massachusetts Department of Revenue
Attn: Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

Marshall Dennehey
2000 Market Street, Suite 2300
Philadelphia, PA 19103-7006

Matthew Fleishman
260 Monroe St.
Denver, CO 80206-5506

Daniel Hoffman
15 Hudson Yards
33B
New York, NY 10001-2178

Michael Fallon
508 Village Walk Ln
Clemson, SC 29631

4

Nils Albert
PO Box 120
Frisco, CO 80443

Sandra P. Escobar
11351 E 110th Way
Henderson, CO 80640

Niles Cole
703 S Hudson St.
Denver, CO 80246-2309

Sandra Horowitz
454 Cook St.
Denver, CO. 80206-4425

Stephen R. Hoffenberg
48 Brookhaven Drive
Littleton, CO 80123-6690

Theodore Clarke
25149 US Highway 40
Golden, CO 80401-9347

Thomas S. Cowan
1001 Michigan Avenue
Wilmette, IL 60091-1933

Todd Schaefer
1750 Wewatta St #530
Denver, CO 80202

Tyler M. Nemkov
Lewis Roca Rothgerber Christie LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5855

U.S Small Business Administration
Attn: Diana Mukiibi
10737 Gateway West, #300
El Paso, TX 79935-4910

U.S. Small Business Administration
200 W. Santa Ana Blvd., Ste 740
Santa Ana, CA 92701-7534

Caleb Hernandez
784 Columbus Ave. Apt. 7T
New York, NY 10025

Eric Eisbrenner
492 Cameron Circle
San Antonio, TX 78258

Gregory T. Walker
3246 West Elizabeth Street
Fort Collins, CO 80521

Larry Miller
1243 Flightline Dr.
Spring Branch, Texas 78070

Daniel Miller
5200 Enclave Drive
Oldsmar, FL 34677

Daniel Lee Miller, Jr.
5401 Preserve Parkway N.
Greenwood Village, CO 80121

Eric B. Olsen
4459 Eagle Lake South
Fort Collins, CO 80524

Andrew Glaser
130 W 15th Street Apt. 4H
New York, NY 10011

Anthony G. Ingram Trust
PO Box 6514
Denver CO 80204

Audrey Rogers and Rodney Rogers
335 Nassau Court
Marco Island, FL 34145

David Friedenson
13001 Milwaukee Place
Thornton, CO 80241

Donald A. Miller
3850 Washington St. #1205
Hollywood, FL 33021

Erik Michael Allison
2692 Burgess Creek Road
Steamboat Springs, CO 80487

Jeffrey Alvin Dorsey
13 South Marina Drive
Key Largo, FL 33037

Mark A. Notash
600 West Main Street
Northborough, MA 01532

Natasha L. Allison
2692 Burgess Creek Road
Steamboat Springs, CO 80487

5

| | |
|---|---|
| Pier DeSanctis<br>1102 49th Avenue, Apt. 6I<br>Long Island City, NY 11101 | **TAXING AUTHORITIES**<br><br>New York State Dept. Taxation & Finance<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| Robert Willoughby III<br>331 Northridge Dr<br>San Antonio, TX 78209 | |
| Todd Schaefer - Madison Trust Company, Custodian<br>156 Porter Street #343<br>Boston, MA 02128 | New York City Dept. of Finance<br>Office of Legal Affairs<br>375 Pearl Street, 30th Floor<br>New York, NY 10038 |
| Shane & Lavonne Clifford<br>8205 Brownstone Ext.<br>Cross Plains, TN 37049 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Donald & Deborah Sizemore<br>715 Park Drive<br>Goodlettsville, TN 37072 | United States Attorney's Office<br>Southern District of New York<br>Attention: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |
| Christopher S. Lowry<br>321 Oak Meadow Drive<br>Woodstock, GA 30188 | |
| Tom Henshaw<br>12131 West Lake Avenue<br>Littleton CO 80127 | Parking Violations Bureau<br>210 Joralemon Avenue<br>Brooklyn, NY 11201 |
| Seth Peacock<br>835 Lawhon Drive<br>Saint Johns, FL 80228-8022 | U.S. Securities and Exchange Commission<br>New York Regional Office<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 |
| Patricia Golkowski<br>9216 E 35th Ave<br>Denver, CO 80238-8023 | |
| RB Willoughby Jr.<br>Manager of RBW2078, LLC<br>65 Bristol Green<br>San Antonio, TX 78209 | Social Security Administration<br>Office of the Regional Chief Counsel, Region II<br>26 Federal Plaza, Room 3904<br>New York, NY 10278 |
| Mark A. Notash<br>8840 Towanda Street<br>Philadelphia, PA 19118 | New York State Unemployment Insurance Fund<br>P.O. Box 551<br>Albany, NY 12201 |
| Clyde & Co US LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>Attn: Alec Boyd, Esq. | John Cahill, Esq.<br>Regional Counsel for New York/New Jersey<br>U.S. Department of Housing and Urban Development<br>26 Federal Plaza, Room 3500<br>New York, NY 10278-0068 |

6

U.S. Department of Health and Human Services
Office of the General Counsel
26 Federal Plaza – Room 3908
New York, NY 10278

U.S. Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

Robert Roberts
Office of Site Remediation Enforcement
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Mail Code 2272A
Washington, DC 20004-2004

Michigan Department of Treasury, Tax Policy Division
Attn: Litigation Liaison
2nd Floor, Austin Building
430 West Allegan Street
Lansing, MI 48922

California Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

California Franchise Tax Board
Chief Counsel
c/o General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

California Department of Tax and Fee Administration
Special Operations Bankruptcy Team, MIC:74
P.O. Box 942879
Sacramento, CA 94279-0074