UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

CERTA DOSE, INC.,                                           Case No. 21-11045-LGB

                                                               Chapter 7

                Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Application for Allowance of First and Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing May 31, 2021, through August 31, 2021 filed by Ortiz & Ortiz LLP., counsel to the former Debtor-in-Possession (the "Applicant"); and a hearing having been held before this court to consider the Application on September 14, 2022; and the Court having awarded the Applicant's request for legal fees with a reduction of Five Thousand Dollars; and the Court having directed the Applicant to provide documentation of the expenses sought; and the Applicant having provided the Court with a Declaration and supporting documentation; and the Applicant having reduced the amount of expenses sought; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Application is granted to the extent set forth in the attached Schedule A.

Dated:  New York, New York                                                     /s/ Lisa G. Beckerman
       February 1, 2023                                            HON. LISA G. BECKERMAN
                                                                  UNITED STATES BANKRUPTCY JUDGE

Case No.:    21-11045-LGB **FEE PERIOD** Schedule A
Case Name:   Certa Dose, Inc. **Period:** May 31, 2021 to August 31, 2022

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Expenses Requested | (9) Expenses to be Paid |
|---|---|---|---|---|---|---|---|---|
| Ortiz & Ortiz, LLP | Ecf No. 399 | $219,200.00 | $214,200.00 | n/a | n/a | $214,200.00 | $12,283.28 | $9,835.73 |

February 1, 2023 LGB

Case No.: 21-11045  
Case Name: Certa Dose, Inc.

**FINAL FEE APPLICATION TOTALS**
May 31, 2021 to August 31, 2022

Schedule B

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Ortiz & Ortiz, LLP | $219,200 | $0 | $9,835.73 | $0 |

**February 1, 2023 LGB**